B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Northern District of Georgia - Atlanta Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**CDC Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Chinadotcom** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2002 Summit Blvd., Ste. 700**<br>**Atlanta, GA**<br>ZIP Code **30319** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**DeKalb** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **c/o Maples Corporate Services Limited**<br>**Ugland House, South Church Street**<br>**George Town, Grand Cayman**<br>**Cayman Islands** |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
  check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined
  in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization
  under Title 26 of the United States
  Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition
  of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition
  of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts,
  defined in 11 U.S.C. § 101(8) as
  "incurred by an individual primarily for
  a personal, family, or household purpose."

■ Debts are primarily
  business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
  attach signed application for the court's consideration certifying that the
  debtor is unable to pay fee except in installments. Rule 1006(b). See Official
  Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
  attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
  are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
  in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
  there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)                                                                                                        Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **CDC Corporation** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>■ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>    Signature of Attorney for Debtor(s)         (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br>If this is a joint petition:<br>   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>    _____<br>    (Name of landlord that obtained judgment)<br><br><br>    _____<br>    (Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                          Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**CDC Corporation**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X **/s/ James C. Cifelli GA Bar**
Signature of Attorney for Debtor(s)

**James C. Cifelli GA Bar #125750**
Printed Name of Attorney for Debtor(s)

**Lamberth, Cifelli, Stokes, Ellis & Nason, P.A.**
Firm Name

**3343 Peachtree Road, N.E.
Ste. 550
Atlanta, GA 30326**

_____
Address

**404-262-7373  Fax: 404-262-9911**
Telephone Number

**October  4, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John Clough**
Signature of Authorized Individual

**John Clough**
Printed Name of Authorized Individual

**Interim CEO**
Title of Authorized Individual

**October  4, 2011**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Northern District of Georgia - Atlanta Division

In re   **CDC Corporation** _____   Case No. _____
                                    Debtor(s)                   Chapter   **11** _____

# EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is   **0001076770**   .

2. The following financial data is the latest available information and refers to the debtor's condition on   **6/30/11**   .

 a. Total assets                                                        $ _____ **377,383,000.00**

 b. Total debts (including debts listed in 2.c., below)                 $ _____ **250,182,000.00**

 c. Debt securities held by more than 500 holders:

|  |  |  |  |  |  |  | Approximate number of holders: |
|---|---|---|---|---|---|---|---|
| secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ _____ **0.00** | _____ **0** |
| secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ _____ **0.00** | _____ **0** |
| secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ _____ **0.00** | _____ **0** |
| secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ _____ **0.00** | _____ **0** |
| secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ _____ **0.00** | _____ **0** |

 d. Number of shares of preferred stock                                  **0**                    **0**

 e. Number of shares common stock                                 **35,180,685**           **29,000**

    Comments, if any:

3. Brief description of Debtor's business:
   **Debtor, through its subsidiaries, is a global company focused on enterprise software applications and services through its CDC Software business, IT consulting services, outsourced applications development and IT staffing**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **Asia Pacific Online Ltd - 16.6%**
   **Xinhua News Agency - 5.7%**
   **Evolution Capital Management - 7.5%**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia - Atlanta Division

In re  **CDC Corporation**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Evolution CDC SPV Ltd.<br>Aaron M. Zeisler, Satterlee Stephen<br>230 Park Ave, 11th Fl<br>New York, NY 10169 | Aaron M. Zeisler, Satterlee Stephen<br>Evolution CDC SPV Ltd.<br>230 Park Ave, 11th Fl<br>New York, NY 10169<br>(212) 818-9200 | Judgment | Disputed | 65,356,061.41 |
| Deloitte<br>Attn:  Bob Johnson<br>191 Peachtree St., Ste. 2000<br>Atlanta, GA 30303 | Bob Johnson<br>Deloitte<br>191 Peachtree St., Ste. 2000<br>Atlanta, GA 30303<br>(404) 220-1500 | Audit Fees | | 600,000.00 |
| Wilmer Hale<br>Attn:  Michael J. Lacascia<br>60 State Street<br>Boston, MA 02109 | Michael J. Lacascia<br>Wilmer Hale<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000 | Legal Fees | | 251,485.00 |
| Fisher & Phillips<br>Attn: C.R. Wright<br>1075 Peachtree St NE Ste. 3500<br>Atlanta, GA 30309 | C.R. Wright<br>Fisher & Phillips<br>1075 Peachtree St NE Ste. 3500<br>Atlanta, GA 30309<br>(404) 240-4263 | Legal Fees | | 247,000.00 |
| Brown Eassa and McLeod LLP<br>Attn:  Bob Eassa<br>1999 Harrison St 18th Floor<br>Oakland, CA 94612 | Bob Eassa<br>Brown Eassa and McLeod LLP<br>1999 Harrison St 18th Floor<br>Oakland, CA 94612<br>(510) 444-3131 | Legal Fees | | 185,520.00 |
| Paul Hastings Janofsky & Walker LLP<br>Attn:  Dennis Ellis<br>515 South Flower Street 25th Floor<br>Los Angeles, CA 90071 | Dennis Ellis<br>Paul Hastings Janofsky & Walker LLP<br>515 South Flower Street 25th Floor<br>Los Angeles, CA 90071<br>(213) 683-6000 | Legal Fees | | 179,635.00 |
| California Business Law Office<br>Attn:  Ben Steves<br>19925 Stevens Creek Blvd.<br>Cupertino, CA 95014 | Ben Steves<br>California Business Law Office<br>19925 Stevens Creek Blvd.<br>Cupertino, CA 95014<br>(408) 253-6911 | Legal Fees | | 85,497.00 |

B4 (Official Form 4) (12/07) - Cont.

In re    **CDC Corporation**                                Case No.                             

                            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Olshan Grundman Frome Rosenzweig &<br>Attn:  Thomas Fleming<br>65 East 55th St<br>New York, NY 10022** | **Thomas Fleming<br>Olshan Grundman Frome Rosenzweig<br>65 East 55th St<br>New York, NY 10022<br>(212) 451-2300** | **Legal Fees** | | 74,544.00 |
| **Nagivant Consulting<br>Attn: Julie Delong<br>1180 Peachtree St., Ste. 1900<br>Atlanta, GA 30309** | **Julie Delong<br>Nagivant Consulting<br>1180 Peachtree St., Ste. 1900<br>Atlanta, GA 30309<br>(404) 602-5021** | **Consulting Fees** | | 49,775.00 |
| **Fensterstock & Partners LLP<br>Attn:  Blair Fensterstock<br>30 Wall Street<br>New York, NY 10005** | **Blair Fensterstock<br>Fensterstock & Partners LLP<br>30 Wall Street<br>New York, NY 10005<br>(212) 785-4100** | **Legal Fees** | | 42,668.00 |
| **Covington & Burlington<br>12001 Pennsylvania Ave NW<br>Washington, DC 20004** | **Covington & Burlington<br>1201 Pennsylvania Avenue NW<br>Washington, DC 20004** | **Legal Fees** | | 38,228.00 |
| **Chorey Taylor & Fell nka<br>Barnes & Thornburg Attn:<br>T. Gallo<br>3475 Piedmont Rd, N.E., Ste. 1700<br>Atlanta, GA 30305** | **Thomas Gallo / Barnes & Thornburg<br>Chorey Taylor & Fell nka<br>3475 Piedmont Rd, N.E., Ste. 1700<br>Atlanta, GA 30305<br>(404) 846-1693** | **Legal Fees** | | 14,899.00 |
| **Weinstein Smith c/o Joseph A. Smith<br>Ellenoff Grossman & Schole LLP<br>150 E. 42nd Street<br>New York, NY 10017** | **Joseph A. Smith<br>Ellenoff Grossman & Schole LLP<br>c/o Weinstein Smith 150 E 42nd St<br>New York, NY 10017<br>(212) 370-1300** | **Legal Fees** | | 11,642.00 |
| **Ellenoff Grossman & Schole LLP<br>Attn:  Joseph A. Smith<br>150 E. 42nd Street<br>New York, NY 10017** | **Joseph A. Smith<br>Ellenoff Grossman & Schole LLP<br>150 E. 42nd Street<br>New York, NY 10017<br>(212) 370-1300** | **Legal Fees** | | 2,915.00 |
| **Coleman Talley LLP<br>7000 Central Parkway NE<br>Ste. 1150<br>Atlanta, GA 30328** | **Julie Delong<br>Coleman Talley LLP<br>7000 Central Parkway NE, Ste 1150<br>Atlanta, GA 30328<br>(770) 698-9556** | **Legal Fees** | | 1,194.00 |
| **Kasowitz Benson Torres & Friedman L<br>Attn:  Christopher P. Johnson<br>1633 Broadway<br>New York, NY 10019** | **Christopher P. Johnson<br>Kasowitz Benson Torres & Friedman L<br>1633 Broadway<br>New York, NY 10019<br>(212) 506-1700** | **Legal Fees** | | 835.00 |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                 Best Case Bankruptcy

**B4 (Official Form 4) (12/07) - Cont.**

In re   **CDC Corporation**                                    Case No. _____
                                   Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the Interim CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October  4, 2011**               Signature   **/s/ John Clough**
                                            **John Clough**
                                            **Interim CEO**

    *Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                        Best Case Bankruptcy

## United States Bankruptcy Court
### Northern District of Georgia - Atlanta Division

In re    **CDC Corporation**           Case No. _____
                          Debtor(s)     Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Interim CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct

to the best of my knowledge.

Date:    **October  4, 2011**                      **/s/ John Clough**
                                           **John Clough/Interim CEO**
                                           Signer/Title

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy

## United States Bankruptcy Court
### Northern District of Georgia - Atlanta Division

In re    **CDC Corporation**

Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **AARON ALMANSA MONGUILOT**<br>**COGULLADA 4**<br>**VALLDOREIX 08190**<br>**SPAIN** | | **90** | **COMMON STOCK** |
| **ADRIAN ALPEROVICH**<br>**877 S  TREMAINE AVE**<br>**LOS ANGELES, CA 90005-3850** | | **1332** | **COMMON STOCK** |
| **AJAY SHARMA**<br>**4138 MEADOWBROOK LANE**<br>**MASON, OH 45040-4509** | | **41** | **COMMON STOCK** |
| **ALEX W SUMERLIN**<br>**3625 S LAKE PARK AVE NO-408**<br>**CHICAGO, IL 60653-1468** | | **17** | **COMMON STOCK** |
| **ALEXANDER S FINNEY &**<br>**LOIS I FINNEY JT TEN**<br>**8316 SE KELLY COURT**<br>**CLACKAMAS, OR 97015-9428** | | **3** | **COMMON STOCK** |
| **ALEXIS BIRNIE**<br>**3031 WILLIAMS RD APT 175**<br>**RICHMOND BC  V7E 4G1**<br>**CANADA** | | **3** | **COMMON STOCK** |
| **ALICE M JOUBERT &**<br>**GRACE VAN HUTTEN JT TEN**<br>**WARAWARAWEG 7**<br>**CURACAO ANTILLES   NETHERLANDS** | | **33** | **COMMON STOCK** |
| **ALLEN W & MARIBETH R WATSON**<br>**COMMUNITY PROPERTY WROS**<br>**5637 BAY SHORE DRIVE UNIT 1**<br>**STURGEON BAY, WI 54235-8191** | | **33** | **COMMON STOCK** |
| **ALVIN D MARCHANT**<br>**404 FREDERICK ST**<br>**BLUEFIELD, WV 24701-4004** | | **56** | **COMMON STOCK** |
| **AMY TSUCHIDA**<br>**765 ELLSBOROUGH COURT**<br>**ALPHARETTA, GA 30005-2575** | | **42** | **COMMON STOCK** |

___**23**___  continuation sheets attached to List of Equity Security Holders

In re   **CDC Corporation**_____,   Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **ANDY BOOTH**<br>**11 HOME FARM   PARK ROAD**<br>**TRING HERTS HP23 6QU**<br>**UNITED KINGDOM** | | **97** | **COMMON STOCK** |
| **ANDY MAU &**<br>**AGNES MAU JT TEN**<br>**57-09 155TH STREET**<br>**FLUSHING, NY 11355-5509** | | **32** | **COMMON STOCK** |
| **ANN K RAMSDELL**<br>**10 R EAGLEVILLE RD**<br>**ORANGE, MA 01364-2004** | | **10** | **COMMON STOCK** |
| **ANNA KOSTURA &**<br>**DOROTHY SUMMERS JT TEN**<br>**6821 LA LOMA DR**<br>**JACKSONVILLE, FL 32217-2611** | | **33** | **COMMON STOCK** |
| **ANNE T WILLIAMS**<br>**701 WINDSOR AVE**<br>**LAWRENCEVILLE, VA 23868-1123** | | **3** | **COMMON STOCK** |
| **ANNIE WING YAN YAM**<br>**10A GREENVIEW MANSION**<br>**55-57 WONG NAI CHUNG RD**<br>**HAPPY VALLEY  HONG KONG** | | **166** | **COMMON STOCK** |
| **ARTHUR F NERBAS**<br>**2520 PEACHTREE RD NW STE 311**<br>**ATLANTA, GA 30305-3619** | | **10** | **COMMON STOCK** |
| **ARTHUR MASSEUR**<br>**DIVERTIMENTOSTRAAT 4**<br>**ALMERE-STD**<br>**NETHERLANDS FR  HOLLAND** | | **54** | **COMMON STOCK** |
| **ASIA PACIFIC ON LINE LTD**<br>**11/F ING TOWER**<br>**308 DES VOEUX ROAD**<br>**CENTRAL  HONG KONG** | | **333200** | **COMMON STOCK** |
| **ASIA PACIFIC ONLINE LIMITED**<br>**C/O BROWN BROTHERS ATTN D DIAZ**<br>**140 BROADWAY**<br>**NEW YORK, NY 10005-1108** | | **663093** | **COMMON STOCK** |
| **BARBARA A WALTON**<br>**2152 CRYSTAL DR**<br>**LA GRANGE, KY 40031-9354** | | **13** | **COMMON STOCK** |

Sheet __1__ of __23__ continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com         Best Case Bankruptcy

In re   __CDC Corporation_____,    Case No. _____
                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| BARBARA SEPICH<br>1747 BIRCHWOOD DR<br>SAN MARCOS, CA 92069-9609 | | 110 | COMMON STOCK |
| BNY MELLON SHAREOWNER SERVICES<br>AS EXCHANGE AGENT FOR CDC CORP<br>480 WASHINGTON BLVD FL 27<br>JERSEY CITY, NJ 07310-2053 | | 16 | COMMON STOCK |
| BNY MELLON SHAREOWNER SERVICES<br>AS EX AGENT FOR ROSS SYSTEMS INC<br>480 WASHINGTON BLVD FL 27<br>JERSEY CITY, NJ 07310-2053 | | 510 | COMMON STOCK |
| BNY MELLON SHAREOWNER SERVICES<br>AS EX AGT - ROSS SYSTEMS INC UNEX 1<br>480 WASHINGTON BLVD FL 27<br>JERSEY CITY, NJ 07310-2053 | | 52 | COMMON STOCK |
| BNY MELLON SHAREOWNER SVS<br>AS EXCH AGNT FOR CDC CORP<br>480 WASHINGTON BLVD FL 27<br>JERSEY CITY, NJ 07310-2053 | | 64120 | COMMON STOCK |
| BRENT DREYER &<br>AMY DREYER JT TEN<br>2608 152ND AVENUE<br>HOLLAND, MI 49424-6166 | | 5 | COMMON STOCK |
| BRIAN C DWYER &<br>JOAN M DWYER JT TEN<br>11109 BOWEN AVE<br>GREAT FALLS, VA 22066-1541 | | 33 | COMMON STOCK |
| BRIAN F DILLON<br>2331 TOWNSHIP RD 1097<br>PERRYSVILLE, OH 44864-9739 | | 35 | COMMON STOCK |
| BRIAN KWAN<br>560-43RD AVENUE<br>SAN FRANCISCO, CA 94121-2535 | | 6 | COMMON STOCK |
| BRONISLAW CUPRYS<br>4440 11TH PL SW<br>VERO BEACH, FL 32968-4845 | | 333 | COMMON STOCK |
| CAMILA R CARVALHO<br>190 WAVERLY PL APT3C<br>NEW YORK, NY 10014-3138 | | 887 | COMMON STOCK |

Sheet __2___ of __23__ continuation sheets attached to the List of Equity Security Holders

In re    **CDC Corporation**                                    Case No. _____
_____ ,
                          Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| CARMELA CERAOLO<br>1075 YONKERS AVE<br>YONKERS, NY 10704-3123 | | 50 | COMMON STOCK |
| CAROL STEAD<br>11 FARM PARL ROAD  TRING HERTS<br>HP23 6QU<br>UNITED KINGDOM | | 96 | COMMON STOCK |
| CAROLINE ANNE BAMFORD<br>OAKWELL LONG LNE HERMATIGE THATCHAM<br>BERKSHIRE RG189QR<br>UNITED KINGDOM | | 5 | COMMON STOCK |
| CAROLINE L HALLING<br>4663 - 150TH PL SE<br>BELLEVUE, WA 98006-3212 | | 21 | COMMON STOCK |
| CAROLYN S HARRON<br>BOX 400<br>BRIDGEPORT, WV 26330-0400 | | 133 | COMMON STOCK |
| CAROLYN THEODOROPOULOS<br>CAROLYN THEODOROPOUL<br>607 GANDYS COVE ROAD<br>FALKBILLE, AL 35622-7913 | | 20 | COMMON STOCK |
| CCC NOMINEES LTD C/O CHINA.COM COR<br>ATN S CHAN 33/F 33rdFL CITICORP CTR<br>18 WHITFIELD ROAD CAUSEWAY BAY<br>HONG KONG | | 534245 | COMMON STOCK |
| CCC NOMINEES LTD RESTRICTED RULE 14<br>DTD6/22/99 33/F 33rdFL CITICORP CTR<br>18 WHITFIELD RD CAUSEWAY BAY<br>HONG KONG | | 16666 | COMMON STOCK |
| CEDE & CO<br>PO BOX 20<br>BOWLING GREEN STATION<br>NEW YORK, NY 10274 | | 35183717 | COMMON STOCK |
| CELIA Y CHEAH<br>3219 A BRIGGS AVE<br>ALAMEDA, CA 94501-4874 | | 500 | COMMON STOCK |
| CHARLES A GENEROSE &<br>LILLIAN M GENEROSE JT TEN<br>1035 PERRY CT<br>HAZLETON, PA 18202-1425 | | 100 | COMMON STOCK |

Sheet   **3**   of   **23**   continuation sheets attached to the List of Equity Security Holders

In re    **CDC Corporation**                                          Case No. _____

_____,
Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **CHARLES F CALDWELL**<br>**425 RANGER ST**<br>**APT 12**<br>**HEREFORD, TX 79045-2823** | | **53** | **COMMON STOCK** |
| **CHARLES L DAVIS &**<br>**GLADYS DAVIS JT TEN**<br>**2393 COUNTY RD 216**<br>**HANCEVILLE, AL 35077-3700** | | **16** | **COMMON STOCK** |
| **CHARLES S BREWER JR &**<br>**LINDA H BREWER JT TEN**<br>**622 RED BUD CT**<br>**LAWRENCEBURG, TN 38464-5003** | | **10** | **COMMON STOCK** |
| **CHARLES S WALDROP**<br>**BOX 603**<br>**HAZEL PARK, MI 48030-0603** | | **666** | **COMMON STOCK** |
| **CHERI M HALBLEIS**<br>**145 CLARK CREEK LANE**<br>**LONGVIEW, WA 98632-9623** | | **9** | **COMMON STOCK** |
| **CHEUNG YUE FRED WANG**<br>**BOD**<br>**HK**<br>**HONG KONG** | | **1559** | **COMMON STOCK** |
| **CHEUNG YUE FRED WANG**<br>**BOD**<br>**HK 12345**<br>**HONG KONG** | | **520** | **COMMON STOCK** |
| **CHING CHING MAI**<br>**ROOM B1008 TOWER B  HUI JIN PL**<br>**1018 ZHAO JIA BANG ROAD**<br>**SHANGHAI 200030 CHINA** | | **333** | **COMMON STOCK** |
| **CHING HEI CHAN**<br>**FLAT 108   BLOCK O TELFORD GARDENS**<br>**KOWLOON BAY KOWLOON**<br>**HONG KONG** | | **138** | **COMMON STOCK** |
| **CHRISTOPHER FRANCIS &**<br>**SUSAN FRANCIS JT TEN**<br>**203 DUSKWOOD LANE**<br>**GORE, VA 22637-2513** | | **8** | **COMMON STOCK** |
| **CHRISTOPHER POH KEONG WONG**<br>**2-14D FABER RAI**<br>**CONDO TAMAN DESA**<br>**KUALA LUMPUR 58100  MALAYSIA** | | **166** | **COMMON STOCK** |

Sheet __4__ of __23__ continuation sheets attached to the List of Equity Security Holders

In re  **CDC Corporation**                                              ,   Case No. _____

Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **CHUI LIN LEUNG<br>14 DORIT COURT<br>STATEN ISLAND, NY 10308-1664** | | 333 | **COMMON STOCK** |
| **CHUNG LEE &<br>SIU L LEE JT TEN<br>252 W 23RD PL<br>CHICAGO, IL 60616-1908** | | 16 | **COMMON STOCK** |
| **CLARA PALLOTTA<br>44 SHADYWOOD DR<br>ROCHESTER, NY 14606-4940** | | 15 | **COMMON STOCK** |
| **DANIEL C & MARLYN L MICHALSKI TTE<br>MICHALSKI FML TRUST U/A DTD 8/24/89<br>463 ROUPE RD<br>SEQUIM, WA 98382-7950** | | 31 | **COMMON STOCK** |
| **DANIEL W SHERMAN JR<br>RTE 11<br>BOX 1117<br>TULLY, NY 13159** | | 33 | **COMMON STOCK** |
| **DAVID & CAROL ATKINSON JT TEN<br>727 W MARIPOSA AVE<br>EL SEGUNDO, CA 90245-2964** | | 849 | **COMMON STOCK** |
| **DAVID C HEFFNER &<br>DIANE P WAGNER JT TEN<br>1810 TIMBER TRAIL<br>ANN ARBOR, MI 48103-2392** | | 6 | **COMMON STOCK** |
| **DAVID LANGWORTHY &<br>BETTY LANGWORTHY JT TEN<br>BOX 2703<br>QUARTZSITE, AZ 85346-2703** | | 34 | **COMMON STOCK** |
| **DAVID R BENITES<br>925 PELLHAM DR<br>LOMPOC, CA 93436-2375** | | 166 | **COMMON STOCK** |
| **DAWN H TURNER<br>BOX 947<br>LINCOLNTON, GA 30817** | | 75 | **COMMON STOCK** |
| **DEBBY H LEVINE<br>235 WEST END AVENUE<br>NEW YORK, NY 10023-3631** | | 27 | **COMMON STOCK** |

Sheet   5   of   23   continuation sheets attached to the List of Equity Security Holders

In re   **CDC Corporation**                                    , Case No. _____
                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **DEBRA J BALSON**<br>**27 GALINGALE WAY PORTISHEAD**<br>**BRISTOL ENGLAND ES20 7LU**<br>**UK** | | 2 | **COMMON STOCK** |
| **DEBRA LING &**<br>**HAU LING JT TEN**<br>**2501 S HARVEY**<br>**BERWYN, IL 60402-2613** | | 133 | **COMMON STOCK** |
| **DENISE MARIA GEVAS**<br>**5404 3RD AVENUE**<br>**VIENNA, WV 26105-1922** | | 5 | **COMMON STOCK** |
| **DIN KOSSOVA**<br>**65521 AVE DORADO**<br>**DSRT HOT SPGS, CA 92240** | | 3 | **COMMON STOCK** |
| **DONALD E & CAROL M. CHERF JT TN**<br>**PO BOX 721575**<br>**OKLAHOMA CITY, OK 73172-1575** | | 16 | **COMMON STOCK** |
| **DONALD J MURRAY**<br>**222 A HERITAGE VILLAGE**<br>**SOUTHBURY, CT 06488-1448** | | 133 | **COMMON STOCK** |
| **DONALD T THORNBERRY &**<br>**JOY C THORNBERRY JT TEN**<br>**6301 PENDLETON RD**<br>**LOUISVILLE, KY 40272-1451** | | 33 | **COMMON STOCK** |
| **DONNA A BECK**<br>**4645 CLARK AVE**<br>**WHITE BEAR LAKE, MN 55110-3459** | | 6 | **COMMON STOCK** |
| **DONNA MORRIS**<br>**28 BOXGROVE AVENUE**<br>**GUILDFORD**<br>**SURREY GU1 1XG ENGLAND** | | 2666 | **COMMON STOCK** |
| **DORIS HAROPULOS**<br>**13 NORTH DR**<br>**MALBA, NY 11357-1029** | | 132 | **COMMON STOCK** |
| **DOUGLAS K DACOSTA &**<br>**YAYOI P HAYAMA JT TEN**<br>**528 HERMOSA ST**<br>**S PASADENA, CA 91030-1640** | | 3 | **COMMON STOCK** |
| **DULA MAN**<br>**235 BROOKVILLE RD**<br>**GLEN HEAD, NY 11545** | | 133 | **COMMON STOCK** |

Sheet   **6**   of   **23**   continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re   **CDC Corporation** _____,   Case No. _____

                                          Debtor

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **EDWARD P PETERSON & DIANE L PETERSON JT TEN BOX 221 PE ELL, WA 98572-0221** | | **24** | **COMMON STOCK** |
| **EDWARD W GARVER SR & DOROTHY M GARVER JT TEN 1314 GUADALUPE DR WESTMINSTER, MD 21157-3852** | | **66** | **COMMON STOCK** |
| **EILEEN A KING CUST RYAN R KING  U/PA/UTMA 1603 HATBORO AVE HATBORO, PA 19040-4449** | | **3** | **COMMON STOCK** |
| **EUN HEE CHOI 401 667-114 CHANG-DONG DABANG-KU SEOUL SOUTH KOREA** | | **49** | **COMMON STOCK** |
| **FRANK J MAGGIO & GLADYS E MAGGIO JT TEN 1 LORI COURT NORTHPORT, NY 11768-3316** | | **27** | **COMMON STOCK** |
| **FRANK M YEATS & JOYCE R YEATS JT TEN 6891 SIGNATURE SAN ANTONIO, TX 78263-6201** | | **33** | **COMMON STOCK** |
| **FRANK S KUENZER 4878 TOWNSHIP RD 114 MOUNT GILEAD, OH 43338-9796** | | **10** | **COMMON STOCK** |
| **FRANKLIN L QUAN & SHARRY L QUAN JT TEN 12030 SE WOODWARD PL PORTLAND, OR 97266-1050** | | **6** | **COMMON STOCK** |
| **FRED ANDERSON 208 POLK RD 53 MENA, AR 71953-8832** | | **27** | **COMMON STOCK** |
| **FRED B IRADI 41 STIMIS LA EAST HANOVER, NJ 07936-1635** | | **10** | **COMMON STOCK** |
| **FREDERICK MARYUEN 27 SORZANO ARIMA TRINIDAD** | | **166** | **COMMON STOCK** |

Sheet  **7**   of   **23**   continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                      Best Case Bankruptcy

In re    **CDC Corporation**                                                    Case No. _____
_____,
                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **GARY R MILLER**<br>**509 9TH ST S**<br>**HUMBOLDT, IA 50548-2244** | | **133** | **COMMON STOCK** |
| **GEORGE MATTHEW SINGLETARY**<br>**BOX 852**<br>**HOLLY HILL, SC 29059-0852** | | **16** | **COMMON STOCK** |
| **GLORIA MONTISANTI & JOANNA**<br>**SCHMIDTCHEN JT TEN**<br>**3048 WHIRL A WAY TRAIL**<br>**TALLAHASSEE, FL 32309-1606** | | **65** | **COMMON STOCK** |
| **GOLDEN TRIPOD TECHNOLOGY LIMITED**<br>**RESTRICTED RULE 144 DTD 6/22/99**<br>**5 SHARP ST WEST**<br>**WANCHAI HONG KONG** | | **2454244** | **COMMON STOCK** |
| **H BARRY SAYLOR**<br>**1103 SPRINGSIDE CT**<br>**LOUISVILLE, KY 40223-3778** | | **23** | **COMMON STOCK** |
| **HAIKO ANDREAS SCHMARSOW**<br>**BIRKENWEG 6**<br>**HAHNSTAETTEN**<br>**65623 GERMANY** | | **40** | **COMMON STOCK** |
| **HANA BLAZEK**<br>**3898 HANCOCK DRIVE**<br>**SANTA CLARA, CA 95051-5809** | | **2075** | **COMMON STOCK** |
| **HAROLD M CALDWELL**<br>**BOX 539**<br>**LAMESA, TX 79331-0539** | | **10** | **COMMON STOCK** |
| **HAROLD T GUSTAFSON**<br>**6649 MARINA POINTE VILLAGE CT**<br>**APT 303**<br>**TAMPA, FL 33635-9039** | | **2** | **COMMON STOCK** |
| **HENRY G CHUN**<br>**1354 SACRAMENTO ST STE A**<br>**SAN FRANCISCO, CA 94109-4254** | | **66** | **COMMON STOCK** |
| **HILDA DETWEILER**<br>**3231 WILSHIRE LANE C-31**<br>**OAKDALE, NY 11769-1445** | | **166** | **COMMON STOCK** |
| **HILDE W GERST**<br>**955 5TH AVE**<br>**NEW YORK, NY 10075-1738** | | **166** | **COMMON STOCK** |

Sheet __8__ of __23__ continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re    **CDC Corporation** _____,    Case No. _____
                                      Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| HO WAH LAM<br>FLAT C 33F TOWER 6 BAUHINIA GARDEN<br>11 TONG CHUN ST<br>TSEUNG KWAN O NT HONG KONG | | 131 | COMMON STOCK |
| HORST H DIETRICH &<br>HEIDRUN E DIETRICH JT WROS<br>12137 RUBYS DR   BOX 487<br>LYNDONVILLE, NY 14098-0487 | | 136 | COMMON STOCK |
| HUI LIU<br>19360 GREY HALL STREET<br>ROWLAND HEIGHTS, CA 91748 | | 33 | COMMON STOCK |
| HUMENDRA GUPTA<br>4 SUNSHINE 78B DR ANNIE BESANT RD<br>MUMBAI MAHARASHTRA 400018<br>INDIA | | 829 | COMMON STOCK |
| IRWIN L BERGER &<br>ALMA R BERGER JT TEN<br>376-1 PRESTWICK CIR<br>PALM BCH GDNS, FL 33418-8450 | | 166 | COMMON STOCK |
| JAMES CIARCIA<br>62 W CHIPPENS HILL RD<br>BURLINGTON, CT 06013-2108 | | 12 | COMMON STOCK |
| JAMES FEDERICI &<br>MERCI FEDERICI JT TEN<br>14 POWDER HORN HILL RD<br>WESTON, CT 06883-1409 | | 66 | COMMON STOCK |
| JAMES J HARRIS<br>1357 S AZALEA BLVD<br>MALBA, NY 11357-1030 | | 33 | COMMON STOCK |
| JAMES SANGER<br>MORETON HOUSE HIGH ROAD<br>BRIGHTWELL CUM SOTWEL<br>OXFORDSHIRE OX10 0PT  UK | | 210 | COMMON STOCK |
| JAMES STEPANEK<br>BOX 1455<br>BERTHOUD, CO 80513-2455 | | 22 | COMMON STOCK |
| JAMES V HOCKADAY &<br>LORRAINE M HOCKADAY JT TEN<br>1105 S EASTERN AVE<br>JACKSONVILLE, AR 72076-5253 | | 43 | COMMON STOCK |

Sheet __9__ of __23__ continuation sheets attached to the List of Equity Security Holders

In re   **CDC Corporation**                                 , Case No. _____

Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **JAMES W HARRIS & FAYE R HARRIS JT TEN 4784 KEMPSVILLE GREENS PKWY VIRGINIA BCH, VA 23462-6413** | | **2** | **COMMON STOCK** |
| **JEFFREY LITTERINE 7 BAY VIEW DRIVE WEST HAMPTON BAYS, NY 11946-2703** | | **33** | **COMMON STOCK** |
| **JEFFREY T VICTOR 39W831 HOEWEED LN SAINT CHARLES, IL 60175-6979** | | **2** | **COMMON STOCK** |
| **JESUS N OCHOA 519 CEDAR AVE 10 LONG BEACH, CA 90802-2204** | | **66** | **COMMON STOCK** |
| **JIM BUIE & CANDACE BUIE JT TEN 27001 BRICKVILLE RD SYCAMORE, IL 60178-8678** | | **21** | **COMMON STOCK** |
| **JOAN M ZIMMERLY 13 EDGEWOOD CIR AVON, CT 06001-** | | **33** | **COMMON STOCK** |
| **JOHN & CAROL CRUSCIEL REV LVNG TRST U/A DTD 06/02/99 128 KINGS WAY WINDSOR, CT 06095-3569** | | **27** | **COMMON STOCK** |
| **JOHN H PAMULA & NANCY PAMULA JT TEN 13 MEADOW LANE FLEMINGTON, NJ 08822-1524** | | **10** | **COMMON STOCK** |
| **JOHN R HALLING & CAROLINE L HALLING JT TEN 4663 - 150TH PL SE BELLEVUE, WA 98006-3212** | | **3** | **COMMON STOCK** |
| **JOHN WEBSTER & ELAINE WEBSTER JT TEN TEN/WROS 236 PEQUOT AVE WARWICK, RI 02889-9345** | | **50** | **COMMON STOCK** |
| **JOHN WEHRHEIM 5071 GALLATREE LANE NORCROSS, GA 30092-1219** | | **840** | **COMMON STOCK** |

Sheet  **10**  of  **23**  continuation sheets attached to the List of Equity Security Holders

In re    **CDC Corporation**                                     Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **JOSEPH A MURPHY**<br>**719 SHERWOOD CT**<br>**NAPERVILLE, IL 60565-5345** | | **69** | **COMMON STOCK** |
| **JOSEPH G SANDERS JR**<br>**218 N BROADWAY**<br>**PARK RIDGE, IL 60068-2906** | | **21** | **COMMON STOCK** |
| **JOSEPHINE M HSU &**<br>**MICHAEL B HSU JT TEN**<br>**4491 OTHELLO DR**<br>**FREMONT, CA 94555-2039** | | **333** | **COMMON STOCK** |
| **JOYCE AFIARI &**<br>**CHUDI A AFIARI JT TEN**<br>**BOX 1903**<br>**SAN RAMON, CA 94583-6903** | | **1** | **COMMON STOCK** |
| **JUDITH SOOHOO CUST JONATHAN SOOHOO**<br>**UNDER IL UNIF TRAN MIN ACT**<br>**6 N 714 COLONEL BENNETT LN**<br>**ST CHARLES, IL 60175-5720** | | **3** | **COMMON STOCK** |
| **JUDITH SOOHOO CUST JONATHAN SOOHOO**<br>**UNDER IL UNIF TRAN MIN ACT SCHOLAR**<br>**6 N 714 COLONEL BENNETT LN**<br>**ST CHARLES, IL 60175-5720** | | **5** | **COMMON STOCK** |
| **JUDY KLYN**<br>**462 SPRING STREET**<br>**RICHMOND, VA 94804-2936** | | **14** | **COMMON STOCK** |
| **JULIA JUNG**<br>**25 UPSON ROAD**<br>**WELLESLEY, MA 02482-2233** | | **1** | **COMMON STOCK** |
| **KAI DENG**<br>**2350 STONECRESS ST**<br>**GILROY, CA 95020-8410** | | **10000** | **COMMON STOCK** |
| **KALAI SELVAN ARUMUGAM**<br>**130-21 JIN BERHALA BRICKFIELDS**<br>**KUACA LUMPUR 50470**<br>**MALAYSIA** | | **59** | **COMMON STOCK** |
| **KAREN L CHANDLER**<br>**15145 EAST YELLOW WATER ROAD**<br>**HAMMOND, LA 70403-1229** | | **7** | **COMMON STOCK** |
| **KATHLEEN GILLOCK**<br>**3696 NW 83RD LANE**<br>**SUNRISE, FL 33351-1133** | | **1** | **COMMON STOCK** |

Sheet  **11**  of  **23**  continuation sheets attached to the List of Equity Security Holders

In re   **CDC Corporation**                               ,    Case No. _____

Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **KATHY P MITTON**<br>**6525 ALAN A DALE TRAIL**<br>**TALLAHASSEE, FL 32309-2330** | | **10** | **COMMON STOCK** |
| **KAYE B KRUEGER**<br>**6143 ROBERTS AVE**<br>**ST LOUIS, MO 63139-3124** | | **13** | **COMMON STOCK** |
| **KEVIN B LIGHTNER**<br>**26 ROBINSON DR**<br>**WEST PATERSON, NJ 07424-2929** | | **13** | **COMMON STOCK** |
| **KEVIN D SWINDALL &**<br>**SHERRI SWINDALL JT TEN**<br>**2554 COUNTY RD 1527**<br>**CULLMAN, AL 35058-1392** | | **66** | **COMMON STOCK** |
| **KEVIN M & VICTOR COLLACO**<br>**JERONIMO COLLACO FAM IRR LVG TRST**<br>**81-32 168 STREET**<br>**JAMAICA, NY 11432-1326** | | **666** | **COMMON STOCK** |
| **KFR CHIEN C/O CHINA COM SPORTS LTD**<br>**11/F ING TOWER  308 DES VOEUX**<br>**ROAD CENTRAL**<br>**HONG KONG** | | **2080** | **COMMON STOCK** |
| **KFR CHIEN C/O CHINA COM SPORTS LTD**<br>**11/F ING TOWER**<br>**308 DES VOEUX ROAD CENTRAL**<br>**HONG KONG** | | **1040** | **COMMON STOCK** |
| **KIT LIN SONG &**<br>**GIN S YEE JT TEN**<br>**3354 SHOREPKWY 2FL**<br>**BROOKLYN, NY 11235-2720** | | **166** | **COMMON STOCK** |
| **KOK YIP LOKE**<br>**26 JALAN PJS 7/12**<br>**BANDAR SUNWAY 46150 P J**<br>**MALAYSIA** | | **105** | **COMMON STOCK** |
| **KUAN LIN HUANG**<br>**10 FL NO 33  LANE 59 YISHING ST**<br>**221 SHIJR CITY**<br>**TAIPEI TAIWAN    CHINA** | | **250** | **COMMON STOCK** |
| **KWONG R YI & JI EUN YANG JT TEN**<br>**10thFL STAR TWR 737 YEOKSAM DONG**<br>**KANGNAM GU SEOUL 135-984**<br>**S KOREA** | | **111** | **COMMON STOCK** |

Sheet  **12**  of  **23**  continuation sheets attached to the List of Equity Security Holders

In re    **CDC Corporation**                                              , Case No. _____

Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **LAP YIN IRVING LEUNG**<br>**143 KIU KIANG ST**<br>**2/F SHUM SHUI PO KOWLOON**<br>**HONG KONG** | | **131** | **COMMON STOCK** |
| **LAWRENCE FALATER &**<br>**DELPHINE FALATER JT TEN**<br>**BOX 81**<br>**ALLEN, MI 49227-0081** | | **3** | **COMMON STOCK** |
| **LAWRENCE SAM**<br>**5645 CORAL RIDGE DR**<br>**SUITE 278**<br>**CORAL SPRINGS, FL 33076-3124** | | **6** | **COMMON STOCK** |
| **LEO LABOVITCH**<br>**112 WESTWOOD GLEN RD**<br>**WESTWOOD, MA 02090-1621** | | **43** | **COMMON STOCK** |
| **LI CHUN WONG &**<br>**STEPHEN W WONG JT TEN**<br>**BOX 3043**<br>**RICHMOND, CA 94802-3043** | | **33** | **COMMON STOCK** |
| **LILLIAN PAOYING NIU & MCYING NIU**<br>**JT TEN**<br>**7950 MONTGOMERY AVENUE**<br>**ELKINS PARK, PA 19027-2644** | | **133** | **COMMON STOCK** |
| **LINDA C BROWN**<br>**747 WINDRIDGE ROAD**<br>**FRIENDSVILLE, TN 37737-2051** | | **5** | **COMMON STOCK** |
| **LISA J WALLACE &**<br>**FREDDY W WALLACE JT TEN**<br>**2316 MAIN ST**<br>**TUPELO, MS 38804-9688** | | **316** | **COMMON STOCK** |
| **LOIS LEE WERTHEIM**<br>**79 VIA LA BRISA**<br>**LARKSPUR, CA 94939-1556** | | **33** | **COMMON STOCK** |
| **LORNA V NIELSEN**<br>**4034 MEADOWLEIGH WAY**<br>**COLUMBUS, OH 43230-9838** | | **6** | **COMMON STOCK** |
| **LORRAINE SIEGEL &**<br>**PAUL R SIEGEL   JT TEN**<br>**114 FRAME RD**<br>**BRIARCLIFF, NY 10510-2640** | | **130** | **COMMON STOCK** |

Sheet __13__ of __23__ continuation sheets attached to the List of Equity Security Holders

In re   **CDC Corporation**_____,   Case No. _____
                              Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **LOUIS FRANS JORDAAN**<br>**11 BRENTFORD CRESCENT**<br>**MIDSTREAM ESTATE 1692 ZA1692**<br>**SOUTH AFRICA** | | 333 | **COMMON STOCK** |
| **LOUIS HOP LEE**<br>**FLAT 26-B TOWER 2 RONSDALE GARDEN**<br>**25 TAI HANG DR   JARDINES LOOKOUT**<br>**HONG KONG** | | 166 | **COMMON STOCK** |
| **LOUIS WANG**<br>**8945 QUARTZ AVE**<br>**NORTHRIDGE, CA 91324-3340** | | 123 | **COMMON STOCK** |
| **MACE HARRISON CUST NICOLE HARRISON**<br>**UNDER MS UNIFORM TRNSF TO MIN ACT**<br>**BOX 300**<br>**PASS CHRISTIAN, MS 39571-0811** | | 3 | **COMMON STOCK** |
| **MANSOOR ALI**<br>**2458 GLEN HAIG WAY**<br>**SAN JOSE, CA 95148-4113** | | 333 | **COMMON STOCK** |
| **MARGARET P EANES**<br>**BOX 538**<br>**SEAFORD, VA 23696-0538** | | 66 | **COMMON STOCK** |
| **MARGARET THOMAS**<br>**18734 COUNTY RD 26**<br>**MT BLANCHARD, OH 45867-9724** | | 7 | **COMMON STOCK** |
| **MARILYN DEBOESER**<br>**4110 NW 196TH ST**<br>**MIAMI, FL 33055-1872** | | 33 | **COMMON STOCK** |
| **MARK F MCCOMBS &**<br>**TWILA D MCCOMBS TEN COM**<br>**2040 CIMERRON ST**<br>**WOODLAND, WA 98674-8401** | | 54 | **COMMON STOCK** |
| **MARTHA A FORD**<br>**221 CHINQUEPIN DR**<br>**MAGNOLIA, AR 71753-4512** | | 33 | **COMMON STOCK** |
| **MATTHEW BRYANT WALKER**<br>**7213 JACK RUSSELL STREET**<br>**LAS VEGAS, NV 89131-2748** | | 3 | **COMMON STOCK** |
| **MEI SHENG TAN**<br>**1191 E 15TH ST**<br>**BROOKLYN, NY 11230-4815** | | 80 | **COMMON STOCK** |

Sheet __14__ of __23__ continuation sheets attached to the List of Equity Security Holders

In re   **CDC Corporation**                         Case No. _____

Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **MICHAEL G WIEGERS**<br>**8411 CHARTER CLUB CIR APT 3**<br>**FORT MYERS, FL 33919-6839** | | **34** | **COMMON STOCK** |
| **MICHAEL M CHAMMOUT**<br>**5148 MARCONI AVE**<br>**CARMICHAEL, CA 95608-4208** | | **2000** | **COMMON STOCK** |
| **MICHAEL O DONNELL**<br>**8936 N CENTRAL AVE**<br>**PHOENIX, AZ 85020-2819** | | **42** | **COMMON STOCK** |
| **MICHAEL R STONEBURNER**<br>**260 ORCHID BLVD**<br>**HARSENS ISLAND, MI 48028-9556** | | **66** | **COMMON STOCK** |
| **MICHAEL R VUNCANNON &**<br>**KATY VUNCANNON JT TEN**<br>**1110 ROCKRIDGE RD**<br>**ASHEBORO, NC 27205-4271** | | **1666** | **COMMON STOCK** |
| **MITCHELL HALL**<br>**945 WHITEHAVEN RD**<br>**SUWANEE, GA 30024-6855** | | **281** | **COMMON STOCK** |
| **MORRIS TEPLER &**<br>**HELEN TEPLER JT TEN**<br>**2408 AVE J**<br>**BROOKLYN, NY 11210-3614** | | **66** | **COMMON STOCK** |
| **NAT FARMER**<br>**P O BOX 720877**<br>**BYRAM, MS 39272-0877** | | **2** | **COMMON STOCK** |
| **NICHOLAS T YAWORSKI &**<br>**DIANE D YAWORSKI JT TEN**<br>**1832 ABBOTSFORD DR**<br>**VIENNA, VA 22182-3420** | | **333** | **COMMON STOCK** |
| **NICOLA CHU**<br>**33/F HOPEWELL CENTRE   ROOM 3302**<br>**183 QUEENS ROAD EAST**<br>**HONG KONG** | | **247666** | **COMMON STOCK** |
| **NICOLA MING NGA CHU**<br>**33/F HOPEWELL CENTRE   ROOM 3302**<br>**183 QUEENS ROAD EAST**<br>**HONG KONG** | | **666** | **COMMON STOCK** |

Sheet  **15**  of  **23**  continuation sheets attached to the List of Equity Security Holders

In re    **CDC Corporation** _____,    Case No. _____
                     Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| NICOLA MING NGA CHU<br>RM 4302 CHINA RESOURCES BLDG<br>26 HARBOUR ROAD    WANCHAI<br>HONG KONG | | 325 | COMMON STOCK |
| NICOLETTE A TERESHINSKI &<br>DENNIS M TERESHINSKI JT TEN<br>1383 ALDEN HWY<br>MANCELONA, MI 49659-8636 | | 5 | COMMON STOCK |
| NIM NING DAPHNE LI<br>FLAT H 36 FLOOR BLOCK 3<br>MARINA HABITAT APLEICHAU<br>HONG KONG | | 123 | COMMON STOCK |
| NOLAN N ANTONIO<br>1498 KOMOHANA ST<br>HILO, HI 96720-3172 | | 1 | COMMON STOCK |
| NORMAN TERRY LANE<br>6320 BROOKSTONE BLVD<br>COLUMBUS, GA 31904-2983 | | 166 | COMMON STOCK |
| OOI PING LEE<br>199 JALAN DATUK SULAIMAN<br>TAMAN TUN ISMAIL<br>60000 KUALA LUMPUR  MALAYSIA | | 1476 | COMMON STOCK |
| PAMELA A RICE<br>154 PATCHEN DR STE 89<br>LEXINGTON, KY 40517-4418 | | 33 | COMMON STOCK |
| PATRICK A MORATELLI<br>746 BECKER DRIVE<br>VINELAND, NJ 08361-2985 | | 16 | COMMON STOCK |
| PATRICK C WALSH<br>BAYBUSH<br>STAFFAN<br>CO KILDAR   IRELAND | | 87 | COMMON STOCK |
| PAUL A DIFRANCO JR<br>213 N DEE RD<br>PARK RIDGE, IL 60068-2814 | | 166 | COMMON STOCK |
| PAUL E GREGORY &<br>TERRY GREGORY JT TEN<br>3535 DEANES LN<br>CAPITOLA, CA 95010-2532 | | 32 | COMMON STOCK |

Sheet __16__ of __23__ continuation sheets attached to the List of Equity Security Holders

In re    **CDC Corporation** _____,    Case No. _____
                            Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| PETER HARMAN<br>4 A MOSS ST   PRAHRAN<br>MELBOURNE  VIC 3141<br>AUSTRALIA | | 118 | COMMON STOCK |
| PETER J EMBRIANO &<br>KREIG P & ALANA M EMBRIANO JT TN<br>15-1 ARTHUR DR<br>SOUTH WINDSOR, CT 06074-3607 | | 116 | COMMON STOCK |
| PHYLLIS PHIPPS<br>1771 26TH AVE<br>SAN FRANCISCO, CA 94122-4315 | | 10 | COMMON STOCK |
| PLAN RECONCILIATION BALANCE<br>BNY MELLON SHAREOWNER SERVICES<br>500 ROSS STREET - AIM 154-0490<br>PITTSBURGH, PA 15262-0001 | | 3407557 | COMMON STOCK |
| R GORDON THOMAS &<br>LINDA W THOMAS JT TEN<br>321 LEITERSBURG STREET<br>GREENCASTLE, PA 17225-1133 | | 21 | COMMON STOCK |
| RAFAEL DROZ<br>BOX A<br>BELLEFONTE, PA 16823-0820 | | 6 | COMMON STOCK |
| RALPH EDWARD CRUTS &<br>MARY PATRICA CRUTS JT TEN<br>4 FOREST OAK COURT<br>FENTON, MO 63026-3109 | | 57 | COMMON STOCK |
| RANDY DOTTER &<br>CORINNA DOTTER JT TEN<br>RD 3 BOX 638J<br>KUNKLETOWN, PA 18058-9401 | | 109 | COMMON STOCK |
| RAYMOND KF CHIEN RESTRICT. RULE 144<br>DTD 6/22/99 C/O INCHCAPE PACIFIC<br>18 WHITFIELD RD 22/F CITICORP CTR<br>HONG KONG | | 53539 | COMMON STOCK |
| RESTRICTED NOMINEE<br>BOOK BALANCE<br>480 WASHINGTON BLVD FL 27<br>JERSEY CITY, NJ 07310-2053 | | 57334 | COMMON STOCK |
| RICHARD A KOETH<br>1550 ARBOR ST<br>WICKLIFFE, OH 44092-1502 | | 33 | COMMON STOCK |

Sheet __17__ of __23__ continuation sheets attached to the List of Equity Security Holders

In re    **CDC Corporation**                                                    , Case No. _____

                                         Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **RICHARD Y LIU<br>1812 POPPY FIELD DR<br>ROSEVILLE, CA 95661-4001** | | **33** | **COMMON STOCK** |
| **ROBERT COURSON<br>108 MONTCLARE LA<br>BELMOND, IA 50421-9741** | | **10** | **COMMON STOCK** |
| **ROBERT DONOHOE & DOROTHY DONOHOE<br>TR UA OCT 24 07<br>504 SWOPE PARK AVENUE<br>ALBUQUERQUE, NM 87123-5431** | | **266** | **COMMON STOCK** |
| **ROBERT F STEIN II<br>3313 LANCASTER DRIVE<br>STATESVILLE, NC 28625-4633** | | **192** | **COMMON STOCK** |
| **ROBERT GRIFFIN<br>125 CHEVY CHASE DR<br>WAYZATA, MN 55391** | | **66** | **COMMON STOCK** |
| **ROBERT GROPPER<br>8416 ISLAND DR S<br>SEATTLE, WA 98118-4732** | | **142** | **COMMON STOCK** |
| **ROBERT L GUNTER<br>P O  BOX 68<br>DALLARDSVILLE, TX 77332-0068** | | **66** | **COMMON STOCK** |
| **ROBERT L SNOVER &<br>NANCY A SNOVER JT TEN<br>BOX 965<br>LINCOLN CITY, OR 97367-0965** | | **16** | **COMMON STOCK** |
| **ROBERT MATTHEW GOODE<br>11 FLEMISH PLACE<br>WARFIELD  BERKSHIRE RG42 2FG<br>UNITED KINGDOM** | | **33** | **COMMON STOCK** |
| **ROBIN DIETERLE<br>25122 BARCLAY LANE<br>LAGUNA NIGUEL, CA 92677-8878** | | **205** | **COMMON STOCK** |
| **RONALD ZIEMBA &<br>SHIRLEY ZIEMBA JT TEN TEN/WROS<br>910 S GUNBARREL RD<br>GRAND ISLAND, NE 68801-8734** | | **2** | **COMMON STOCK** |
| **ROSINA M GENEROSE<br>1035 PERRY CT<br>HAZLETON, PA 18202-1425** | | **100** | **COMMON STOCK** |

Sheet __18__ of __23__ continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re   **CDC Corporation** _____,  Case No. _____

                                   Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **RYAN R KING**<br>**1633 HATBORO AVE**<br>**HATBORO, PA 19040-4449** | | **3** | **COMMON STOCK** |
| **SANDRA HELENE HAMILTON**<br>**BOX 1094**<br>**MALIBU, CA 90265-1094** | | **15** | **COMMON STOCK** |
| **SHAN SHUANGHONG FORREST**<br>**17481 RED OAK DR**<br>**HOUSTON, TX 77090-7701** | | **16** | **COMMON STOCK** |
| **SHARON MAZUR CUST**<br>**CECILEE MAZUR   U/IL/UTMA**<br>**316 SYCAMORE DR**<br>**NAPERVILLE, IL 60540-7546** | | **3** | **COMMON STOCK** |
| **SHENG AI SUNG &**<br>**POU WEN SUNG JT TEN**<br>**79-20 155TH AVE**<br>**HOWARD BEACH, NY 11414-1764** | | **100** | **COMMON STOCK** |
| **SHIH HAO LIU**<br>**9FL NO 3 LN 160 CHIAUNE RD**<br>**235 JANGHE CITY**<br>**TAIPEI TAIWAN  CHINA** | | **166** | **COMMON STOCK** |
| **SIAK KWONG LOUIE &**<br>**PEI ZHEN LOUIE   JT TEN**<br>**766 50TH ST 1 FL**<br>**BROOKLYN, NY 11220-2223** | | **333** | **COMMON STOCK** |
| **SILVANA CASTANO**<br>**22 GLOUCESTER ROAD**<br>**WESTWOOD, MA 02090-2608** | | **5** | **COMMON STOCK** |
| **SLC MANAGEMENT CONSULTING  INTL LTD**<br>**33F CITICORP CTR 18 WHITFIELD RD**<br>**CAUSEWAY BAY**<br>**HONG KONG** | | **233** | **COMMON STOCK** |
| **SLC MANAGEMENT CONSULTING INTERNA**<br>**33 F CITICORP CTR**<br>**18 WHITFIELD RD CAUSEWAY BAY**<br>**HONG KONG 100029 CHINA** | | **78** | **COMMON STOCK** |
| **STANTON H FERGUSON JR &**<br>**GERLADING H FERGUSON  JT TEN**<br>**307 CRAIGE ST**<br>**GASTON, NC 27832-9778** | | **10** | **COMMON STOCK** |

Sheet __19__ of __23__ continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

In re  **CDC Corporation**                                         , Case No. _____
_____
Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| STATE OF WASHINGTON<br>DEPT OF REV - UNCLAIMED PROP SECT<br>PO BOX 34053<br>SEATTLE, WA 98124-1053 | | 16 | COMMON STOCK |
| STEPHEN FIEGE &<br>DEBORAH FIEGE TEN COM<br>BOX 1224<br>FAIRPLAY, CO 80440-1224 | | 33 | COMMON STOCK |
| STEPHEN ODONOGHUE &<br>CECELIA ODONOGHUE JT TEN<br>63 E SQUANTUM ST<br>QUINCY, MA 02171-2206 | | 33 | COMMON STOCK |
| STEPHEN RECKER &<br>L ANNETTE R RECKER JT TEN<br>PO BOX 422<br>JASPER, IN 47547-0422 | | 10 | COMMON STOCK |
| SUZANNE D KILLEEN<br>2500 CLUB WALK TRACE<br>ALPHARETTA, GA 30022-4006 | | 26 | COMMON STOCK |
| THOMAS C YORK &<br>PAULA J YORK JT TEN<br>711 BIRCHWOOD DR<br>SANDUSKY, OH 44870-7324 | | 11 | COMMON STOCK |
| THOMAS N & ANNETTE M. BARRY JT TEN<br>68 FOREST HILL RD<br>RD 1 PALMERSTON NORTH<br>NEW ZEALAND | | 6 | COMMON STOCK |
| THOMAS N & ANNETTE M. BARRY JT WROS<br>R D 1<br>PLAMERSTON NORTH<br>NEW ZEALAND | | 33 | COMMON STOCK |
| THOMAS NEVILLE BARRY ANNETTE &<br>MARGARET BARRY JT TEN<br>FOREST HILL ROAD   R D 1<br>PALMERSTON NORTH  NEW ZELAND | | 25 | COMMON STOCK |
| THOMAS PANEK<br>67 PEER ST<br>HONEOYE FALLS, NY 14472-1142 | | 262 | COMMON STOCK |
| THOMAS T DAVIS &<br>JEANNIE T DAVIS JT TEN<br>173 HICKORY GROVE RD<br>LEESBURG, GA 31763-5349 | | 33 | COMMON STOCK |

Sheet __20__ of __23__ continuation sheets attached to the List of Equity Security Holders

In re **CDC Corporation** _____, Case No. _____

Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| TIMOTHY HAVENHAND<br>9 BAIRD GARDENS<br>DULWICH WOOD PARK<br>ENGLAND | | 31 | COMMON STOCK |
| TING WING TSUI TR<br>TING WING TSUI TRUST<br>7900 ROBINSON<br>OVERLAND PARK, KS 66204-3466 | | 133 | COMMON STOCK |
| TOM HAYES<br>DEUCHNY HOUSE NORTHLEES<br>KINFAUNS PH2 7LJ PERTH<br>SCOTLAND | | 896 | COMMON STOCK |
| UBOID MUKRI<br>6 AVENUE ROAD<br>LIECESTER<br>ENGLAND LE2 3EA | | 16 | COMMON STOCK |
| UNA I LEON & PHYLLIS C LEON JT<br>TEN<br>1841 S CALUMET AVE APT 1607<br>CHICAGO, IL 60616-4814 | | 10 | COMMON STOCK |
| VERLYN C HAZLETT &<br>LOLA M HAZLETT JT TEN<br>RTE 1 BOX 96A<br>PRESTON, MO 65732-9725 | | 333 | COMMON STOCK |
| VICTOR ZINA CUST<br>JESSE ZINA<br>169 CENTRE ST<br>SPRINGFIELD, MA 01151-1111 | | 6 | COMMON STOCK |
| VICTORIA L HARMAN &<br>JACOB D HARMAN JT TEN<br>136 RADER ROAD<br>LEWISBURG, WY 24901 | | 5 | COMMON STOCK |
| VINCENT G CIBELLA &<br>CAROL L CIBELLA JT TEN<br>5051 EAGLE CREEK RD<br>LEAVITTSBURG, OH 44430-9768 | | 8 | COMMON STOCK |
| VIRGINIA A YOUNG<br>310 BLACKWELL ST<br>KINGSTREE, SC 29556-2918 | | 66 | COMMON STOCK |

Sheet __21__ of __23__ continuation sheets attached to the List of Equity Security Holders

In re    **CDC Corporation** _____,    Case No. _____

Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **WALTER KURONYI CUST M. KURONYI UNDER PA UNIF TRAN MIN ACT 46 BERRY CIRCLE MERTZTOWN, PA 19539-9332** | | **66** | **COMMON STOCK** |
| **WALTER ROMIJN 83 CASTLEWOOD DRIVE PLEASANTON, CA 94566-9757** | | **117** | **COMMON STOCK** |
| **WESLEY SCOTT 30006 MIRA LOMA DRIVE TEMECULA, CA 92592-2122** | | **103** | **COMMON STOCK** |
| **WILLIAM G GREEN & MARY L GREEN JT TEN 198 WINFIELD DRIVE CASTLE ROCK, WA 98611-9397** | | **109** | **COMMON STOCK** |
| **WILLIAM GREEN 830 MAPLETON AVENUE OAK PARK, IL 60302-1402** | | **349** | **COMMON STOCK** |
| **WILLIAM KUMPEL & PATRICIA KUMPEL JT TEN 26 LAFAYETTE ST WAKEFIELD, MA 01880-2305** | | **5** | **COMMON STOCK** |
| **WILLIAM O LEACH 2127 CLINTON PL W OWENSBORO, KY 42301-4668** | | **283** | **COMMON STOCK** |
| **WILLIAM W BYRNES 8211 PEACHTREE AVE NEWARK, CA 94560-2747** | | **4** | **COMMON STOCK** |
| **WING L YAN 2369 CROPSEY AVE 2 FL BROOKLYN, NY 11214-6505** | | **20** | **COMMON STOCK** |
| **WINSTON D FONG 390 CARMELITA PLACE FREMONT, CA 94539-3605** | | **88** | **COMMON STOCK** |
| **WINSTON MICHAEL 12 DEXTER CLOSE   KENNINGTON ASHFORD KENT TN254QG ENGLAND   UK** | | **186** | **COMMON STOCK** |
| **WLADYSLAWA CUPRYS 4440 11TH PL SW VERO BEACH, FL 32968-4845** | | **333** | **COMMON STOCK** |

Sheet __22__ of __23__ continuation sheets attached to the List of Equity Security Holders

In re   **CDC Corporation**                                                   ,       Case No. _____

Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **WYNTOUN X HENDERSON**<br>**8531 FOXWOOD LN**<br>**DALLAS, TX 75217-2058** | | **1** | **COMMON STOCK** |
| **XIAO HONG LIN &**<br>**WAN FU LIN  JT TEN**<br>**2542 BENSON AVE**<br>**BROOKLYN, NY 11214-4407** | | **33** | **COMMON STOCK** |
| **YAN GUO**<br>**19360 GREY HALL STREET**<br>**ROWLAND HEIGHTS, CA 91748** | | **33** | **COMMON STOCK** |
| **YI LIANG SU**<br>**147-45 BARCLAY AVE**<br>**APT 2B**<br>**FLUSHING, NY 11355-1265** | | **283** | **COMMON STOCK** |
| **YUK-PING CHOI**<br>**8 W GEORGE PL**<br>**ISELIN, NJ 08830-1102** | | **33** | **COMMON STOCK** |
| **ZDENKA SOUKUP &**<br>**STANLEY SOUKUP JT TEN**<br>**7 LAKEVIEW TERR**<br>**STAFFORD SPRINGS, CT 06076-4212** | | **26** | **COMMON STOCK** |
| **ZHANG GUO LIANG**<br>**3/F HIN WAN CENTRE**<br>**7 TIN WAN PRAYA ROAD**<br>**ABERDEEN  HONG KONG** | | **4264** | **COMMON STOCK** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Interim CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**October  4, 2011**_____          Signature _**/s/ John Clough**_____

**John Clough**
**Interim CEO**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

Sheet __**23**__ of __**23**__ continuation sheets attached to the List of Equity Security Holders

```
ALSTON & BIRD
ATTN:  PAUL NOZICK
1201 WEST PEACHTREE ST
ATLANTA GA 30309


BROWN EASSA AND MCLEOD LLP
ATTN:  BOB EASSA
1999 HARRISON ST 18TH FLOOR
OAKLAND CA 94612


CALIFORNIA BUSINESS LAW OFFICE
ATTN:  BEN STEVES
19925 STEVENS CREEK BLVD.
CUPERTINO CA 95014


CCC NOMINEES
2002 SUMMIT BLVD., STE. 700
ATLANTA GA 30319


CDC CORPORATION DIRECTOR FEES
2002 SUMMIT BLVD
SUITE 700
ATLANTA GA 30319


CDC MOBILE INTERACT
2002 SUMMIT BLVD., STE. 700
ATLANTA GA 30319


CDC OUTSOURCING LTD.
2002 SUMMIT BLVD., STE. 700
ATLANTA GA 30319


CDC SW ASIA (OPUS ONE TECH LT)
2002 SUMMIT BLVD., STE. 700
ATLANTA GA 30319


CDC SW CORP
2002 SUMMIT BLVD., STE. 700
ATLANTA GA 30319
```

```
CDC SW CORP - ASIA PACIFIC
2002 SUMMIT BLVD., STE. 700
ATLANTA GA 30319


CDC SW GLOBAL HOLDING
2002 SUMMIT BLVD., STE. 700
ATLANTA GA 30319


CHOREY TAYLOR & FELL NKA
BARNES & THORNBURG ATTN:  T. GALLO
3475 PIEDMONT RD, N.E., STE. 1700
ATLANTA GA 30305


COLEMAN TALLEY LLP
7000 CENTRAL PARKWAY NE
STE. 1150
ATLANTA GA 30328


COVINGTON & BURLINGTON
12001 PENNSYLVANIA AVE NW
WASHINGTON DC 20004


DAE ADVERTISING
2002 SUMMIT BLVD., STE. 700
ATLANTA GA 30319


DELOITTE
ATTN:  BOB JOHNSON
191 PEACHTREE ST., STE. 2000
ATLANTA GA 30303


ELLENOFF GROSSMAN & SCHOLE LLP
ATTN:  JOSEPH A. SMITH
150 E. 42ND STREET
NEW YORK NY 10017


EQUITY PACIFIC, LTD.
2002 SUMMIT BLVD., STE. 700
ATLANTA GA 30319
```

```
EVOLUTION CDC SPV LTD.
AARON M. ZEISLER, SATTERLEE STEPHEN
230 PARK AVE, 11TH FL
NEW YORK NY 10169



EXECUTIVE CONSULTING AGREEMENT APOL
2002  SUMMIT BLVD., STE. 700
ATLANTA GA 30319



FENSTERSTOCK & PARTNERS LLP
ATTN:  BLAIR FENSTERSTOCK
30 WALL STREET
NEW YORK NY 10005



FISHER & PHILLIPS
ATTN: C.R. WRIGHT
1075 PEACHTREE ST NE STE. 3500
ATLANTA GA 30309



HONGKONG.COM CORPORATION
2002 SUMMIT BLVD., STE. 700
ATLANTA GA 30319



IMI NA
2002 SUMMIT BLVD., STE. 700
ATLANTA GA 30319



INTER MERCHANT LTD
2002 SUMMIT BLVD., STE. 700
ATLANTA GA 30319



KASOWITZ BENSON TORRES & FRIEDMAN L
ATTN:  CHRISTOPHER P. JOHNSON
1633 BROADWAY
NEW YORK NY 10019
```

```
NAGIVANT CONSULTING
ATTN: JULIE DELONG
1180 PEACHTREE ST., STE. 1900
ATLANTA GA 30309


OLSHAN GRUNDMAN FROME ROSENZWEIG &
ATTN: THOMAS FLEMING
65 EAST 55TH ST
NEW YORK NY 10022


PAUL HASTINGS JANOFSKY & WALKER LLP
ATTN: DENNIS ELLIS
515 SOUTH FLOWER STREET 25TH FLOOR
LOS ANGELES CA 90071


PIVOTAL CANADA
2002 SUMMIT BLVD., STE. 700
ATLANTA GA 30319


PIVOTAL UK
2002 SUMMIT BLVD., STE. 700
ATLANTA GA 30319


PRAXA LTD.
2002 SUMMIT BLVD., STE. 700
ATLANTA GA 30319


SUPERSTATION
2002 SUMMIT BLVD., STE. 700
ATLANTA GA 30319


WEINSTEIN SMITH C/O JOSEPH A. SMITH
ELLENOFF GROSSMAN & SCHOLE LLP
150 E. 42ND STREET
NEW YORK NY 10017
```

WILMER HALE
ATTN: MICHAEL J. LACASCIA
60 STATE STREET
BOSTON MA 02109


AARON ALMANSA MONGUILOT
COGULLADA 4
VALLDOREIX 08190
SPAIN


ADRIAN ALPEROVICH
877 S TREMAINE AVE
LOS ANGELES CA 90005-3850


AJAY SHARMA
4138 MEADOWBROOK LANE
MASON OH 45040-4509


ALEX W SUMERLIN
3625 S LAKE PARK AVE NO-408
CHICAGO IL 60653-1468


ALEXANDER S FINNEY &
LOIS I FINNEY JT TEN
8316 SE KELLY COURT
CLACKAMAS OR 97015-9428


ALEXIS BIRNIE
3031 WILLIAMS RD APT 175
RICHMOND BC  V7E 4G1
CANADA


ALICE M JOUBERT &
GRACE VAN HUTTEN JT TEN
WARAWARAWEG 7
CURACAO ANTILLES    NETHERLANDS

ALLEN W & MARIBETH R WATSON
COMMUNITY PROPERTY WROS
5637 BAY SHORE DRIVE UNIT 1
STURGEON BAY WI 54235-8191


ALVIN D MARCHANT
404 FREDERICK ST
BLUEFIELD WV 24701-4004


AMY TSUCHIDA
765 ELLSBOROUGH COURT
ALPHARETTA GA 30005-2575


ANDY BOOTH
11 HOME FARM  PARK ROAD
TRING HERTS HP23 6QU
UNITED KINGDOM


ANDY MAU &
AGNES MAU JT TEN
57-09 155TH STREET
FLUSHING NY 11355-5509


ANN K RAMSDELL
10 R EAGLEVILLE RD
ORANGE MA 01364-2004


ANNA KOSTURA &
DOROTHY SUMMERS JT TEN
6821 LA LOMA DR
JACKSONVILLE FL 32217-2611


ANNE T WILLIAMS
701 WINDSOR AVE
LAWRENCEVILLE VA 23868-1123

ANNIE WING YAN YAM
10A GREENVIEW MANSION
55-57 WONG NAI CHUNG RD
HAPPY VALLEY  HONG KONG


ARTHUR F NERBAS
2520 PEACHTREE RD NW STE 311
ATLANTA GA 30305-3619


ARTHUR MASSEUR
DIVERTIMENTOSTRAAT 4
ALMERE-STD
NETHERLANDS FR  HOLLAND


ASIA PACIFIC ON LINE LTD
11/F ING TOWER
308 DES VOEUX ROAD
CENTRAL  HONG KONG


ASIA PACIFIC ONLINE LIMITED
C/O BROWN BROTHERS ATTN D DIAZ
140 BROADWAY
NEW YORK NY 10005-1108


BARBARA A WALTON
2152 CRYSTAL DR
LA GRANGE KY 40031-9354


BARBARA SEPICH
1747 BIRCHWOOD DR
SAN MARCOS CA 92069-9609


BNY MELLON SHAREOWNER SERVICES
AS EXCHANGE AGENT FOR CDC CORP
480 WASHINGTON BLVD FL 27
JERSEY CITY NJ 07310-2053

BNY MELLON SHAREOWNER SERVICES
AS EX AGENT FOR ROSS SYSTEMS INC
480 WASHINGTON BLVD FL 27
JERSEY CITY NJ 07310-2053


BNY MELLON SHAREOWNER SERVICES
AS EX AGT - ROSS SYSTEMS INC UNEX 1
480 WASHINGTON BLVD FL 27
JERSEY CITY NJ 07310-2053


BNY MELLON SHAREOWNER SVS
AS EXCH AGNT FOR CDC CORP
480 WASHINGTON BLVD FL 27
JERSEY CITY NJ 07310-2053


BRENT DREYER &
AMY DREYER JT TEN
2608 152ND AVENUE
HOLLAND MI 49424-6166


BRIAN C DWYER &
JOAN M DWYER JT TEN
11109 BOWEN AVE
GREAT FALLS VA 22066-1541


BRIAN F DILLON
2331 TOWNSHIP RD 1097
PERRYSVILLE OH 44864-9739


BRIAN KWAN
560-43RD AVENUE
SAN FRANCISCO CA 94121-2535


BRONISLAW CUPRYS
4440 11TH PL SW
VERO BEACH FL 32968-4845

```
CAMILA R CARVALHO
190 WAVERLY PL APT3C
NEW YORK NY 10014-3138


CARMELA CERAOLO
1075 YONKERS AVE
YONKERS NY 10704-3123


CAROL STEAD
11 FARM PARL ROAD  TRING HERTS
HP23 6QU
UNITED KINGDOM


CAROLINE ANNE BAMFORD
OAKWELL LONG LNE HERMATIGE THATCHAM
BERKSHIRE RG189QR
UNITED KINGDOM


CAROLINE L HALLING
4663 - 150TH PL SE
BELLEVUE WA 98006-3212


CAROLYN S HARRON
BOX 400
BRIDGEPORT WV 26330-0400


CAROLYN THEODOROPOULOS
CAROLYN THEODOROPOUL
607 GANDYS COVE ROAD
FALKBILLE AL 35622-7913


CCC NOMINEES LTD C/O CHINA.COM COR
ATN S CHAN 33/F 33RDFL CITICORP CTR
18 WHITFIELD ROAD CAUSEWAY BAY
HONG KONG
```

CCC NOMINEES LTD RESTRICTED RULE 14
DTD6/22/99 33/F 33RDFL CITICORP CTR
18 WHITFIELD RD CAUSEWAY BAY
HONG KONG


CEDE & CO
PO BOX 20
BOWLING GREEN STATION
NEW YORK NY 10274


CELIA Y CHEAH
3219 A BRIGGS AVE
ALAMEDA CA 94501-4874


CHARLES A GENEROSE &
LILLIAN M GENEROSE JT TEN
1035 PERRY CT
HAZLETON PA 18202-1425


CHARLES F CALDWELL
425 RANGER ST
APT 12
HEREFORD TX 79045-2823


CHARLES L DAVIS &
GLADYS DAVIS JT TEN
2393 COUNTY RD 216
HANCEVILLE AL 35077-3700


CHARLES S BREWER JR &
LINDA H BREWER JT TEN
622 RED BUD CT
LAWRENCEBURG TN 38464-5003


CHARLES S WALDROP
BOX 603
HAZEL PARK MI 48030-0603

CHERI M HALBLEIS
145 CLARK CREEK LANE
LONGVIEW WA 98632-9623


CHEUNG YUE FRED WANG
BOD
HK
HONG KONG


CHEUNG YUE FRED WANG
BOD
HK 12345
HONG KONG


CHING CHING MAI
ROOM B1008 TOWER B  HUI JIN PL
1018 ZHAO JIA BANG ROAD
SHANGHAI 200030 CHINA


CHING HEI CHAN
FLAT 108  BLOCK O TELFORD GARDENS
KOWLOON BAY KOWLOON
HONG KONG


CHRISTOPHER FRANCIS &
SUSAN FRANCIS JT TEN
203 DUSKWOOD LANE
GORE VA 22637-2513


CHRISTOPHER POH KEONG WONG
2-14D FABER RAI
CONDO TAMAN DESA
KUALA LUMPUR 58100  MALAYSIA


CHUI LIN LEUNG
14 DORIT COURT
STATEN ISLAND NY 10308-1664

CHUNG LEE &
SIU L LEE JT TEN
252 W 23RD PL
CHICAGO IL 60616-1908


CLARA PALLOTTA
44 SHADYWOOD DR
ROCHESTER NY 14606-4940


DANIEL C & MARLYN L MICHALSKI TTE
MICHALSKI FML TRUST U/A DTD 8/24/89
463 ROUPE RD
SEQUIM WA 98382-7950


DANIEL W SHERMAN JR
RTE 11
BOX 1117
TULLY NY 13159


DAVID & CAROL ATKINSON JT TEN
727 W MARIPOSA AVE
EL SEGUNDO CA 90245-2964


DAVID C HEFFNER &
DIANE P WAGNER JT TEN
1810 TIMBER TRAIL
ANN ARBOR MI 48103-2392


DAVID LANGWORTHY &
BETTY LANGWORTHY JT TEN
BOX 2703
QUARTZSITE AZ 85346-2703


DAVID R BENITES
925 PELLHAM DR
LOMPOC CA 93436-2375

DAWN H TURNER
BOX 947
LINCOLNTON GA 30817


DEBBY H LEVINE
235 WEST END AVENUE
NEW YORK NY 10023-3631


DEBRA J BALSON
27 GALINGALE WAY PORTISHEAD
BRISTOL ENGLAND ES20 7LU
UK


DEBRA LING &
HAU LING JT TEN
2501 S HARVEY
BERWYN IL 60402-2613


DENISE MARIA GEVAS
5404 3RD AVENUE
VIENNA WV 26105-1922


DIN KOSSOVA
65521 AVE DORADO
DSRT HOT SPGS CA 92240


DONALD E & CAROL M. CHERF JT TN
PO BOX 721575
OKLAHOMA CITY OK 73172-1575


DONALD J MURRAY
222 A HERITAGE VILLAGE
SOUTHBURY CT 06488-1448


DONALD T THORNBERRY &
JOY C THORNBERRY JT TEN
6301 PENDLETON RD
LOUISVILLE KY 40272-1451

```
DONNA A BECK
4645 CLARK AVE
WHITE BEAR LAKE MN 55110-3459


DONNA MORRIS
28 BOXGROVE AVENUE
GUILDFORD
SURREY GU1 1XG ENGLAND


DORIS HAROPULOS
13 NORTH DR
MALBA NY 11357-1029


DOUGLAS K DACOSTA &
YAYOI P HAYAMA JT TEN
528 HERMOSA ST
S PASADENA CA 91030-1640


DULA MAN
235 BROOKVILLE RD
GLEN HEAD NY 11545


EDWARD P PETERSON &
DIANE L PETERSON JT TEN
BOX 221
PE ELL WA 98572-0221


EDWARD W GARVER SR &
DOROTHY M GARVER JT TEN
1314 GUADELUPE DR
WESTMINSTER MD 21157-3852


EILEEN A KING CUST
RYAN R KING  U/PA/UTMA
1603 HATBORO AVE
HATBORO PA 19040-4449
```

```
EUN HEE CHOI
401 667-114 CHANG-DONG
DABANG-KU SEOUL
SOUTH KOREA


FRANK J MAGGIO &
GLADYS E MAGGIO JT TEN
1 LORI COURT
NORTHPORT NY 11768-3316


FRANK M YEATS &
JOYCE R YEATS JT TEN
6891 SIGNATURE
SAN ANTONIO TX 78263-6201


FRANK S KUENZER
4878 TOWNSHIP RD 114
MOUNT GILEAD OH 43338-9796


FRANKLIN L QUAN &
SHARRY L QUAN JT TEN
12030 SE WOODWARD PL
PORTLAND OR 97266-1050


FRED ANDERSON
208 POLK RD 53
MENA AR 71953-8832


FRED B IRADI
41 STIMIS LA
EAST HANOVER NJ 07936-1635


FREDERICK MARYUEN
27 SORZANO
ARIMA TRINIDAD


GARY R MILLER
509 9TH ST S
HUMBOLDT IA 50548-2244
```

```
GEORGE MATTHEW SINGLETARY
BOX 852
HOLLY HILL SC 29059-0852


GLORIA MONTISANTI & JOANNA
SCHMIDTCHEN JT TEN
3048 WHIRL A WAY TRAIL
TALLAHASSEE FL 32309-1606


GOLDEN TRIPOD TECHNOLOGY LIMITED
RESTRICTED RULE 144 DTD 6/22/99
5 SHARP ST WEST
WANCHAI HONG KONG


H BARRY SAYLOR
1103 SPRINGSIDE CT
LOUISVILLE KY 40223-3778


HAIKO ANDREAS SCHMARSOW
BIRKENWEG 6
HAHNSTAETTEN
65623 GERMANY


HANA BLAZEK
3898 HANCOCK DRIVE
SANTA CLARA CA 95051-5809


HAROLD M CALDWELL
BOX 539
LAMESA TX 79331-0539


HAROLD T GUSTAFSON
6649 MARINA POINTE VILLAGE CT
APT 303
TAMPA FL 33635-9039


HENRY G CHUN
1354 SACRAMENTO ST STE A
SAN FRANCISCO CA 94109-4254
```

```
HILDA DETWEILER
3231 WILSHIRE LANE C-31
OAKDALE NY 11769-1445


HILDE W GERST
955 5TH AVE
NEW YORK NY 10075-1738


HO WAH LAM
FLAT C 33F TOWER 6 BAUHINIA GARDEN
11 TONG CHUN ST
TSEUNG KWAN O NT HONG KONG


HORST H DIETRICH &
HEIDRUN E DIETRICH JT WROS
12137 RUBYS DR  BOX 487
LYNDONVILLE NY 14098-0487


HUI LIU
19360 GREY HALL STREET
ROWLAND HEIGHTS CA 91748


HUMENDRA GUPTA
4 SUNSHINE 78B DR ANNIE BESANT RD
MUMBAI MAHARASHTRA 400018
INDIA


IRWIN L BERGER &
ALMA R BERGER JT TEN
376-1 PRESTWICK CIR
PALM BCH GDNS FL 33418-8450


JAMES CIARCIA
62 W CHIPPENS HILL RD
BURLINGTON CT 06013-2108
```

JAMES FEDERICI &
MERCI FEDERICI JT TEN
14 POWDER HORN HILL RD
WESTON CT 06883-1409


JAMES J HARRIS
1357 S AZALEA BLVD
MALBA NY 11357-1030


JAMES SANGER
MORETON HOUSE HIGH ROAD
BRIGHTWELL CUM SOTWEL
OXFORDSHIRE OX10 0PT   UK


JAMES STEPANEK
BOX 1455
BERTHOUD CO 80513-2455


JAMES V HOCKADAY &
LORRAINE M HOCKADAY JT TEN
1105 S EASTERN AVE
JACKSONVILLE AR 72076-5253


JAMES W HARRIS &
FAYE R HARRIS JT TEN
4784 KEMPSVILLE GREENS PKWY
VIRGINIA BCH VA 23462-6413


JEFFREY LITTERINE
7 BAY VIEW DRIVE WEST
HAMPTON BAYS NY 11946-2703


JEFFREY T VICTOR
39W831 HOEWEED LN
SAINT CHARLES IL 60175-6979


JESUS N OCHOA
519 CEDAR AVE 10
LONG BEACH CA 90802-2204

```
JIM BUIE &
CANDACE BUIE JT TEN
27001 BRICKVILLE RD
SYCAMORE IL 60178-8678


JOAN M ZIMMERLY
13 EDGEWOOD CIR
AVON CT 06001-


JOHN & CAROL CRUSCIEL REV LVNG TRST
U/A DTD 06/02/99
128 KINGS WAY
WINDSOR CT 06095-3569


JOHN H PAMULA &
NANCY PAMULA JT TEN
13 MEADOW LANE
FLEMINGTON NJ 08822-1524


JOHN R HALLING &
CAROLINE L HALLING JT TEN
4663 - 150TH PL SE
BELLEVUE WA 98006-3212


JOHN WEBSTER &
ELAINE WEBSTER JT TEN TEN/WROS
236 PEQUOT AVE
WARWICK RI 02889-9345


JOHN WEHRHEIM
5071 GALLATREE LANE
NORCROSS GA 30092-1219


JOSEPH A MURPHY
719 SHERWOOD CT
NAPERVILLE IL 60565-5345
```

JOSEPH G SANDERS JR
218 N BROADWAY
PARK RIDGE IL 60068-2906


JOSEPHINE M HSU &
MICHAEL B HSU JT TEN
4491 OTHELLO DR
FREMONT CA 94555-2039


JOYCE AFIARI &
CHUDI A AFIARI JT TEN
BOX 1903
SAN RAMON CA 94583-6903


JUDITH SOOHOO CUST JONATHAN SOOHOO
UNDER IL UNIF TRAN MIN ACT
6 N 714 COLONEL BENNETT LN
ST CHARLES IL 60175-5720


JUDITH SOOHOO CUST JONATHAN SOOHOO
UNDER IL UNIF TRAN MIN ACT SCHOLAR
6 N 714 COLONEL BENNETT LN
ST CHARLES IL 60175-5720


JUDY KLYN
462 SPRING STREET
RICHMOND VA 94804-2936


JULIA JUNG
25 UPSON ROAD
WELLESLEY MA 02482-2233


KAI DENG
2350 STONECRESS ST
GILROY CA 95020-8410

KALAI SELVAN ARUMUGAM
130-21 JIN BERHALA BRICKFIELDS
KUACA LUMPUR 50470
MALAYSIA


KAREN L CHANDLER
15145 EAST YELLOW WATER ROAD
HAMMOND LA 70403-1229


KATHLEEN GILLOCK
3696 NW 83RD LANE
SUNRISE FL 33351-1133


KATHY P MITTON
6525 ALAN A DALE TRAIL
TALLAHASSEE FL 32309-2330


KAYE B KRUEGER
6143 ROBERTS AVE
ST LOUIS MO 63139-3124


KEVIN B LIGHTNER
26 ROBINSON DR
WEST PATERSON NJ 07424-2929


KEVIN D SWINDALL &
SHERRI SWINDALL JT TEN
2554 COUNTY RD 1527
CULLMAN AL 35058-1392


KEVIN M & VICTOR COLLACO
JERONIMO COLLACO FAM IRR LVG TRST
81-32 168 STREET
JAMAICA NY 11432-1326


KFR CHIEN C/O CHINA COM SPORTS LTD
11/F ING TOWER  308 DES VOEUX
ROAD CENTRAL
HONG KONG

```
KFR CHIEN C/O CHINA COM SPORTS LTD
11/F ING TOWER
308 DES VOEUX ROAD CENTRAL
HONG KONG


KIT LIN SONG &
GIN S YEE JT TEN
3354 SHOREPKWY 2FL
BROOKLYN NY 11235-2720


KOK YIP LOKE
26 JALAN PJS 7/12
BANDAR SUNWAY 46150 P J
MALAYSIA


KUAN LIN HUANG
10 FL NO 33  LANE 59 YISHING ST
221 SHIJR CITY
TAIPEI TAIWAN     CHINA


KWONG R YI & JI EUN YANG JT TEN
10THFL STAR TWR 737 YEOKSAM DONG
KANGNAM GU SEOUL 135-984
S KOREA


LAP YIN IRVING LEUNG
143 KIU KIANG ST
2/F SHUM SHUI PO KOWLOON
HONG KONG


LAWRENCE FALATER &
DELPHINE FALATER JT TEN
BOX 81
ALLEN MI 49227-0081


LAWRENCE SAM
5645 CORAL RIDGE DR
SUITE 278
CORAL SPRINGS FL 33076-3124
```

LEO LABOVITCH
112 WESTWOOD GLEN RD
WESTWOOD MA 02090-1621


LI CHUN WONG &
STEPHEN W WONG JT TEN
BOX 3043
RICHMOND CA 94802-3043


LILLIAN PAOYING NIU & MCYING NIU
JT TEN
7950 MONTGOMERY AVENUE
ELKINS PARK PA 19027-2644


LINDA C BROWN
747 WINDRIDGE ROAD
FRIENDSVILLE TN 37737-2051


LISA J WALLACE &
FREDDY W WALLACE JT TEN
2316 MAIN ST
TUPELO MS 38804-9688


LOIS LEE WERTHEIM
79 VIA LA BRISA
LARKSPUR CA 94939-1556


LORNA V NIELSEN
4034 MEADOWLEIGH WAY
COLUMBUS OH 43230-9838


LORRAINE SIEGEL &
PAUL R SIEGEL  JT TEN
114 FRAME RD
BRIARCLIFF NY 10510-2640

```
LOUIS FRANS JORDAAN
11 BRENTFORD CRESCENT
MIDSTREAM ESTATE 1692 ZA1692
SOUTH AFRICA


LOUIS HOP LEE
FLAT 26-B TOWER 2 RONSDALE GARDEN
25 TAI HANG DR  JARDINES LOOKOUT
HONG KONG


LOUIS WANG
8945 QUARTZ AVE
NORTHRIDGE CA 91324-3340


MACE HARRISON CUST NICOLE HARRISON
UNDER MS UNIFORM TRNSF TO MIN ACT
BOX 300
PASS CHRISTIAN MS 39571-0811


MANSOOR ALI
2458 GLEN HAIG WAY
SAN JOSE CA 95148-4113


MARGARET P EANES
BOX 538
SEAFORD VA 23696-0538


MARGARET THOMAS
18734 COUNTY RD 26
MT BLANCHARD OH 45867-9724


MARILYN DEBOESER
4110 NW 196TH ST
MIAMI FL 33055-1872


MARK F MCCOMBS &
TWILA D MCCOMBS TEN COM
2040 CIMERRON ST
WOODLAND WA 98674-8401
```

```
MARTHA A FORD
221 CHINQUEPIN DR
MAGNOLIA AR 71753-4512


MATTHEW BRYANT WALKER
7213 JACK RUSSELL STREET
LAS VEGAS NV 89131-2748


MEI SHENG TAN
1191 E 15TH ST
BROOKLYN NY 11230-4815


MICHAEL G WIEGERS
8411 CHARTER CLUB CIR APT 3
FORT MYERS FL 33919-6839


MICHAEL M CHAMMOUT
5148 MARCONI AVE
CARMICHAEL CA 95608-4208


MICHAEL O DONNELL
8936 N CENTRAL AVE
PHOENIX AZ 85020-2819


MICHAEL R STONEBURNER
260 ORCHID BLVD
HARSENS ISLAND MI 48028-9556


MICHAEL R VUNCANNON &
KATY VUNCANNON JT TEN
1110 ROCKRIDGE RD
ASHEBORO NC 27205-4271


MITCHELL HALL
945 WHITEHAVEN RD
SUWANEE GA 30024-6855
```

```
MORRIS TEPLER &
HELEN TEPLER JT TEN
2408 AVE J
BROOKLYN NY 11210-3614


NAT FARMER
P O BOX 720877
BYRAM MS 39272-0877


NICHOLAS T YAWORSKI &
DIANE D YAWORSKI JT TEN
1832 ABBOTSFORD DR
VIENNA VA 22182-3420


NICOLA CHU
33/F HOPEWELL CENTRE  ROOM 3302
183 QUEENS ROAD EAST
HONG KONG


NICOLA MING NGA CHU
33/F HOPEWELL CENTRE  ROOM 3302
183 QUEENS ROAD EAST
HONG KONG


NICOLA MING NGA CHU
RM 4302 CHINA RESOURCES BLDG
26 HARBOUR ROAD    WANCHAI
HONG KONG


NICOLETTE A TERESHINSKI &
DENNIS M TERESHINSKI JT TEN
1383 ALDEN HWY
MANCELONA MI 49659-8636


NIM NING DAPHNE LI
FLAT H 36 FLOOR BLOCK 3
MARINA HABITAT APLEICHAU
HONG KONG
```

```
NOLAN N ANTONIO
1498 KOMOHANA ST
HILO HI 96720-3172


NORMAN TERRY LANE
6320 BROOKSTONE BLVD
COLUMBUS GA 31904-2983


OOI PING LEE
199 JALAN DATUK SULAIMAN
TAMAN TUN ISMAIL
60000 KUALA LUMPUR  MALAYSIA


PAMELA A RICE
154 PATCHEN DR STE 89
LEXINGTON KY 40517-4418


PATRICK A MORATELLI
746 BECKER DRIVE
VINELAND NJ 08361-2985


PATRICK C WALSH
BAYBUSH
STAFFAN
CO KILDAR    IRELAND


PAUL A DIFRANCO JR
213 N DEE RD
PARK RIDGE IL 60068-2814


PAUL E GREGORY &
TERRY GREGORY JT TEN
3535 DEANES LN
CAPITOLA CA 95010-2532


PETER HARMAN
4 A MOSS ST   PRAHRAN
MELBOURNE  VIC 3141
AUSTRALIA
```

```
PETER J EMBRIANO &
KREIG P & ALANA M EMBRIANO JT TN
15-1 ARTHUR DR
SOUTH WINDSOR CT 06074-3607



PHYLLIS PHIPPS
1771 26TH AVE
SAN FRANCISCO CA 94122-4315



PLAN RECONCILIATION BALANCE
BNY MELLON SHAREOWNER SERVICES
500 ROSS STREET - AIM 154-0490
PITTSBURGH PA 15262-0001



R GORDON THOMAS &
LINDA W THOMAS JT TEN
321 LEITERSBURG STREET
GREENCASTLE PA 17225-1133



RAFAEL DROZ
BOX A
BELLEFONTE PA 16823-0820



RALPH EDWARD CRUTS &
MARY PATRICA CRUTS JT TEN
4 FOREST OAK COURT
FENTON MO 63026-3109



RANDY DOTTER &
CORINNA DOTTER JT TEN
RD 3 BOX 638J
KUNKLETOWN PA 18058-9401



RAYMOND KF CHIEN RESTRICT. RULE 144
DTD 6/22/99 C/O INCHCAPE PACIFIC
18 WHITFIELD RD 22/F CITICORP CTR
HONG KONG
```

```
RESTRICTED NOMINEE
BOOK BALANCE
480 WASHINGTON BLVD FL 27
JERSEY CITY NJ 07310-2053


RICHARD A KOETH
1550 ARBOR ST
WICKLIFFE OH 44092-1502


RICHARD Y LIU
1812 POPPY FIELD DR
ROSEVILLE CA 95661-4001


ROBERT COURSON
108 MONTCLARE LA
BELMOND IA 50421-9741


ROBERT DONOHOE & DOROTHY DONOHOE
TR UA OCT 24 07
504 SWOPE PARK AVENUE
ALBUQUERQUE NM 87123-5431


ROBERT F STEIN II
3313 LANCASTER DRIVE
STATESVILLE NC 28625-4633


ROBERT GRIFFIN
125 CHEVY CHASE DR
WAYZATA MN 55391


ROBERT GROPPER
8416 ISLAND DR S
SEATTLE WA 98118-4732


ROBERT L GUNTER
P O BOX 68
DALLARDSVILLE TX 77332-0068
```

ROBERT L SNOVER &
NANCY A SNOVER JT TEN
BOX 965
LINCOLN CITY OR 97367-0965


ROBERT MATTHEW GOODE
11 FLEMISH PLACE
WARFIELD  BERKSHIRE RG42 2FG
UNITED KINGDOM


ROBIN DIETERLE
25122 BARCLAY LANE
LAGUNA NIGUEL CA 92677-8878


RONALD ZIEMBA &
SHIRLEY ZIEMBA JT TEN TEN/WROS
910 S GUNBARREL RD
GRAND ISLAND NE 68801-8734


ROSINA M GENEROSE
1035 PERRY CT
HAZLETON PA 18202-1425


RYAN R KING
1633 HATBORO AVE
HATBORO PA 19040-4449


SANDRA HELENE HAMILTON
BOX 1094
MALIBU CA 90265-1094


SHAN SHUANGHONG FORREST
17481 RED OAK DR
HOUSTON TX 77090-7701


SHARON MAZUR CUST
CECILEE MAZUR  U/IL/UTMA
316 SYCAMORE DR
NAPERVILLE IL 60540-7546

SHENG AI SUNG &
POU WEN SUNG JT TEN
79-20 155TH AVE
HOWARD BEACH NY 11414-1764


SHIH HAO LIU
9FL NO 3 LN 160 CHIAUNE RD
235 JANGHE CITY
TAIPEI TAIWAN   CHINA


SIAK KWONG LOUIE &
PEI ZHEN LOUIE   JT TEN
766 50TH ST 1 FL
BROOKLYN NY 11220-2223


SILVANA CASTANO
22 GLOUCESTER ROAD
WESTWOOD MA 02090-2608


SLC MANAGEMENT CONSULTING  INTL LTD
33F CITICORP CTR 18 WHITFIELD RD
CAUSEWAY BAY
HONG KONG


SLC MANAGEMENT CONSULTING INTERNA
33 F CITICORP CTR
18 WHITFIELD RD CAUSEWAY BAY
HONG KONG 100029 CHINA


STANTON H FERGUSON JR &
GERLADING H FERGUSON JT TEN
307 CRAIGE ST
GASTON NC 27832-9778


STATE OF WASHINGTON
DEPT OF REV - UNCLAIMED PROP SECT
PO BOX 34053
SEATTLE WA 98124-1053

STEPHEN FIEGE &
DEBORAH FIEGE TEN COM
BOX 1224
FAIRPLAY CO 80440-1224


STEPHEN ODONOGHUE &
CECELIA ODONOGHUE JT TEN
63 E SQUANTUM ST
QUINCY MA 02171-2206


STEPHEN RECKER &
L ANNETTE R RECKER JT TEN
PO BOX 422
JASPER IN 47547-0422


SUZANNE D KILLEEN
2500 CLUB WALK TRACE
ALPHARETTA GA 30022-4006


THOMAS C YORK &
PAULA J YORK JT TEN
711 BIRCHWOOD DR
SANDUSKY OH 44870-7324


THOMAS N & ANNETTE M. BARRY JT TEN
68 FOREST HILL RD
RD 1 PALMERSTON NORTH
NEW ZEALAND


THOMAS N & ANNETTE M. BARRY JT WROS
R D 1
PLAMERSTON NORTH
NEW ZEALAND


THOMAS NEVILLE BARRY ANNETTE &
MARGARET BARRY JT TEN
FOREST HILL ROAD  R D 1
PALMERSTON NORTH  NEW ZELAND

```
THOMAS PANEK
67 PEER ST
HONEOYE FALLS NY 14472-1142


THOMAS T DAVIS &
JEANNIE T DAVIS JT TEN
173 HICKORY GROVE RD
LEESBURG GA 31763-5349


TIMOTHY HAVENHAND
9 BAIRD GARDENS
DULWICH WOOD PARK
ENGLAND


TING WING TSUI TR
TING WING TSUI TRUST
7900 ROBINSON
OVERLAND PARK KS 66204-3466


TOM HAYES
DEUCHNY HOUSE NORTHLEES
KINFAUNS PH2 7LJ PERTH
SCOTLAND


UBOID MUKRI
6 AVENUE ROAD
LIECESTER
ENGLAND LE2 3EA


UNA I LEON & PHYLLIS C LEON JT
TEN
1841 S CALUMET AVE APT 1607
CHICAGO IL 60616-4814


VERLYN C HAZLETT &
LOLA M HAZLETT JT TEN
RTE 1 BOX 96A
PRESTON MO 65732-9725
```

```
VICTOR ZINA CUST
JESSE ZINA
169 CENTRE ST
SPRINGFIELD MA 01151-1111


VICTORIA L HARMAN &
JACOB D HARMAN JT TEN
136 RADER ROAD
LEWISBURG WY 24901


VINCENT G CIBELLA &
CAROL L CIBELLA JT TEN
5051 EAGLE CREEK RD
LEAVITTSBURG OH 44430-9768


VIRGINIA A YOUNG
310 BLACKWELL ST
KINGSTREE SC 29556-2918


WALTER KURONYI CUST M. KURONYI
UNDER PA UNIF TRAN MIN ACT
46 BERRY CIRCLE
MERTZTOWN PA 19539-9332


WALTER ROMIJN
83 CASTLEWOOD DRIVE
PLEASANTON CA 94566-9757


WESLEY SCOTT
30006 MIRA LOMA DRIVE
TEMECULA CA 92592-2122


WILLIAM G GREEN &
MARY L GREEN JT TEN
198 WINFIELD DRIVE
CASTLE ROCK WA 98611-9397
```

WILLIAM GREEN
830 MAPLETON AVENUE
OAK PARK IL 60302-1402


WILLIAM KUMPEL &
PATRICIA KUMPEL JT TEN
26 LAFAYETTE ST
WAKEFIELD MA 01880-2305


WILLIAM O LEACH
2127 CLINTON PL W
OWENSBORO KY 42301-4668


WILLIAM W BYRNES
8211 PEACHTREE AVE
NEWARK CA 94560-2747


WING L YAN
2369 CROPSEY AVE 2 FL
BROOKLYN NY 11214-6505


WINSTON D FONG
390 CARMELITA PLACE
FREMONT CA 94539-3605


WINSTON MICHAEL
12 DEXTER CLOSE    KENNINGTON
ASHFORD KENT TN254QG
ENGLAND    UK


WLADYSLAWA CUPRYS
4440 11TH PL SW
VERO BEACH FL 32968-4845


WYNTOUN X HENDERSON
8531 FOXWOOD LN
DALLAS TX 75217-2058

```
XIAO HONG LIN &
WAN FU LIN  JT TEN
2542 BENSON AVE
BROOKLYN NY 11214-4407


YAN GUO
19360 GREY HALL STREET
ROWLAND HEIGHTS CA 91748


YI LIANG SU
147-45 BARCLAY AVE
APT 2B
FLUSHING NY 11355-1265


YUK-PING CHOI
8 W GEORGE PL
ISELIN NJ 08830-1102


ZDENKA SOUKUP &
STANLEY SOUKUP JT TEN
7 LAKEVIEW TERR
STAFFORD SPRINGS CT 06076-4212


ZHANG GUO LIANG
3/F HIN WAN CENTRE
7 TIN WAN PRAYA ROAD
ABERDEEN   HONG KONG


E1 FUND, LTD.
AARON M. ZEISLER, SATTERLEE STEPHEN
230 PARK AVE, 11TH FL
NEW YORK NY 10169


EVOLUTION MASTER FUND, LTD.
AARON M. ZEISLER, SATTERLEE STEPHEN
230 PARK AVE, 11TH FL
NEW YORK NY 10169
```

```
OFFICE OF THE U.S. TRUSTEE
75 SPRING STREET, SW
362 RICHARD B. RUSSELL BLDG
ATLANTA GA 30303


SECURITIES AND EXCHANGE COMMISSION-
3475 LENOX ROAD
SUITE 1000
ATLANTA GA 30326


SEGREGATED PORTFOLIO M
AARON M. ZEISLER, SATTERLEE STEPHEN
230 PARK AVE, 11TH FL
NEW YORK NY 10169


SPC
AARON M. ZEISLER, SATTERLEE STEPHEN
230 PARK AVE, 11TH FL
NEW YORK NY 10169
```

## United States Bankruptcy Court
### Northern District of Georgia - Atlanta Division

In re    **CDC Corporation** _____    Case No. _____

                                            Debtor(s)    Chapter    **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____**CDC Corporation**_____ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**ASIA PACIFIC ON LINE LTD**
**11/F ING TOWER**
**308 DES VOEUX ROAD**
**CENTRAL  HONG KONG**
_____

**ASIA PACIFIC ONLINE LIMITED**
**C/O BROWN BROTHERS ATTN D DIAZ**
**140 BROADWAY**
**NEW YORK, NY 10005-1108**
_____

☐ None [*Check if applicable*]

**October  4, 2011**
_____
Date

                     **/s/ James C. Cifelli GA Bar**
                     _____
                     **James C. Cifelli GA Bar #125750**
                     Signature of Attorney or Litigant
                     Counsel for    **CDC Corporation** _____
                     **Lamberth, Cifelli, Stokes, Ellis & Nason, P.A.**
                     **3343 Peachtree Road, N.E.**
                     **Ste. 550**
                     **Atlanta, GA 30326**
                     **404-262-7373 Fax:404-262-9911**

EXTRACT OF RESOLUTION

APPROVED AT
A
MEETING OF THE BOARD OF DIRECTORS
OF
CDC CORPORATION

Held On October 3, 2011

*Chapter 11 Filing*

The following resolution was approved by the Board of Directors (the "**Board**") of
CDC Corporation, a Cayman Islands company (the "**Company**") at a duly constituted
telephonic conference meeting held at 10:30 pm, Hong Kong time, on October 3,
2011.

    WHEREAS:

1. All members of the Board attended the meeting;
2. Mr. James Craig Cifelli and Mr. Gregory D. Ellis of Lamberth, Cifelli, Stokes,
   Ellis & Nason, P.A. presented to the Board in connection with the Company's
   proposed Chapter 11 filing.

    **RESOLVED**, that, with due consideration, the Board with three for, one
abstention, one recusing himself from voting, approved to proceed with the Chapter
11 filing due before 5:00 pm Eastern Time, October 4, 2011.

    **RESOLVED**, that Lamberth, Cifelli, Stokes, Ellis & Nason, P.A. be
appointed with immediate effect to represent the Company in connection with its
Chapter 11 filing application to the Court.

    **RESOLVED**, that Mr. John Clough or his designee be authorized and
directed in the name and on behalf of the Company, to execute all petitions and
documentations relevant to the Chapter 11 filing as he thinks fit.

There being no other business, the meeting was adjourned.

Dr. Raymond Ch'ien
Chairman for the Meeting