UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                              :     CASE NO. 11-79079-pwb
                                    :
CDC CORPORATION,                    :
                                    :     CHAPTER 11
        DEBTOR.                     :

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

M. REGINA THOMAS,
CLERK

BY: Joe Cook

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICE AND DOCUMENTS

PLEASE TAKE NOTICE that, the undersigned hereby appears as counsel for Evolution CDC SPV Ltd., Evolution Master Fund Ltd., Segregated Portfolio M, and E1 Fund Ltd. (collectively, "Evolution"), parties in interest herein under 11 U.S.C. § 1109(b), in the above-captioned case. Such counsel hereby enters its appearance, pursuant to 11 U.S.C. § 1109(b) and Federal Rule of Bankruptcy Procedure 9010, and, pursuant to 11 U.S.C. §§ 102(1) and 342, and Federal Rules of Bankruptcy Procedure 2002 and 9007, requests that copies of all notices given or required to be given in this case, and all papers served or required to be served in this case, be delivered to and served upon the undersigned at the following offices, post office addresses, email addresses, fax and telephone numbers:

Timothy T. Brock, Esq.
Aaron M. Zeisler, Esq.
Abigail Snow, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, 11th Floor
New York, New York 10169
Tel:   (212) 818-9200
Fax:   (212) 818-9606
Email: tbrock@ssbb.com
azeisler@ssbb.com
asnow@ssbb.com

1261529_2

PLEASE TAKE FURTHER NOTICE that, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, all other notices, papers, reports, orders, notices, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, which affects the Debtor or the property of the Debtor.

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 3017(a), Evolution requests that its counsel be provided with copies of any disclosure statements and plans of reorganization.

This Notice of Appearance and Request for Notice and Documents shall not be deemed or construed to be a waiver of the rights of Evolution to (i) have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) have the District Court or the Bankruptcy Court abstain from hearing any matter subject to such abstention, (iv) have the District Court withdraw the reference in any matters subject to such withdrawal, or (v) any other rights, claims, set-offs, or recoupments to which it may be entitled, which rights it expressly reserves.

1261529_2

Dated: October 5, 2011

    SATTERLEE STEPHENS BURKE & BURKE LLP

By: _/s/ T. Brock_____
    Timothy T. Brock
    Aaron M. Zeisler
    Abigail Snow
230 Park Avenue, 11th Floor
New York, New York 10169
Tel: (212) 818-9200
Fax: (212) 818-9606
azeisler@ssbb.com
tbrock@ssbb.com
asnow@ssbb.com
*Attorneys for Creditors*

## CERTIFICATE OF SERVICE

I certify that I am over the age of 18 and that on this date I submitted the foregoing pleading for filing with the Clerk of the Court by Federal Express and, by regular U.S. mail, served copies on the following:

James C. Cifelli, Esq.
Email: jcifelli@lcsenlaw.com
Lamberth, Cifelli, Stokes & Stout, PA
East Tower, Suite 550
3343 Peachtree Road, NE
Atlanta, GA  30326
Tel: (404) 262-7373

James H. Morawetz, Esq.
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303
Tel: (404) 331-4437
Fax: (404) 331-4464

This the 5th day of October, 2011.

*/s/ Christina Gomes*
CHRISTINA GOMES

1261529_2