IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | **Chapter 11** |
| CDC CORPORATION, ) | |
| ) | **CASE NO. 11-79079-pwb** |
| Debtor. ) | |

## RENEWED OBJECTION TO DEBTOR'S APPLICATION TO RETAIN AND EMPLOY MOELIS & COMPANY, LLC AS FINANCIAL AND INVESTMENT BANKER

On or about or about December 12, 2011, Peter Yip, party in interest in this case, filed his Objection (the "Objection") to the Debtor's Application to Retain and Employ Moelis & Company, LLC as Financial and Investment Banker (the "**Application**") filed on November 28, 2011.  Part of the reason for the Objection was Mr. Yip's belief that the Court should not approve the Application until such time as an official equity holders committee has been formed, had time to retain counsel, and examine and respond to the Application as appropriate.  On or about December 16, 2011, an Order was entered approving the Application, subject to objection filed on or before 5:00 p.m. on December 23, 2011.  An official committee of equity security holders has been established by Notice filed at approximately 4:30 p.m. on December 23, 2011, and has not had time to organize and consider the Application.  Therefore, Mr. Yip renews his earlier Objection for the reasons set forth therein.

This 23rd day of December, 2011.

                                       Respectfully submitted,

                                       SCROGGINS & WILLIAMSON, P.C.

                                       /s/ J. Robert Williamson

| | |
|---|---|
| 1500 Candler Building | J. ROBERT WILLIAMSON |
| 127 Peachtree Street, NE | Georgia Bar No. 765214 |
| Atlanta, GA 30303 | JOHN T. SANDERS, IV |
| (404) 893-3880 (phone) | Georgia Bar No. 625705 |
| (404) 893-3886 (fax) | Counsel for Peter Yip |
| Email: *rwilliamson@swlawfirm.com* | |
| Email: *jsanders@swlawfirm.com* | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the foregoing **Renewed Objection to Debtor's Application to Retain and Employ Moelis & Company, LLC as Financial and Investment Banker** upon the following by causing a true and complete copy of same to be deposited in the United States Mail, sufficient First Class postage prepaid, addressed as follows:

| | |
|---|---|
| James H. Morawetz<br>Office of U.S. Trustee<br>362 Richard Russell Bldg.<br>75 Spring Street, SW<br>Atlanta, GA 30303 | James C. Cifelli<br>Lamberth, Cifelli, Stokes, Ellis & Nason, P.A.<br>3343 Peachtree Road, N.E.<br>Ste. 550<br>Atlanta, GA 30326 |
| CDC Corporation<br>2002 Summit Blvd<br>Suite 700<br>Atlanta, GA 30319 | Gus H. Small<br>Cohen Pollock Merlin & Small<br>Suite 1600<br>3350 Riverwood Parkway<br>Atlanta, GA 30339-6401 |
| John F. Isbell<br>Thompson Hine LLP<br>Suite 1600 – Two Alliance Center<br>3560 Lenox Road<br>Atlanta, GA 30326 | James S. Rankin, Jr.<br>Parker, Hudson, Rainer & Dobbs LLP<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue NE<br>Atlanta, GA 30303 |

This 23rd day of December, 2011.

SCROGGINS & WILLIAMSON, P.C.

| | |
|---|---|
| 1500 Candler Building<br>127 Peachtree Street, NE<br>Atlanta, GA 30303<br>(404) 893-3880 (phone)<br>(404) 893-3886 (fax)<br>Email: *rwilliamson@swlawfirm.com*<br>Email: *jsanders@swlawfirm.com* | /s/ J. Robert Williamson<br>J. ROBERT WILLIAMSON<br>Georgia Bar No. 765214<br>JOHN T. SANDERS, IV<br>Georgia Bar No. 625705<br>Counsel for Peter Yip |