UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: : CASE NO. 11-79079-pwb
:
CDC CORPORATION, :
: CHAPTER 11
DEBTOR. :

NOTICE OF APPEAL

Donald F. Walton, United States Trustee, Region 21, hereby appeals under 28 U.S.C. § 158(a) from the "Order Regarding Motions for Appointment of a Trustee and Approving Stipulation Regarding Motions" entered in this case on January 4, 2012 [Docket No. 105].

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

James C. Cifelli, Esq.
Greg Ellis, Esq.
William D. Matthews, Esq.
Lamberth, Cifelli, Stokes & Stout, PA
3343 Peachtree Road, NE, Suite 550
Atlanta, Georgia 30326
Tel: (404) 262-7373
(Counsel for Debtor)

Timothy T. Brock, Esq.
Aaron M. Zeisler, Esq.
Abigail Snow, Esq.
Satterlee, Stephens, Burke & Burke, LLP
230 Park Avenue, 11th Floor
New York, New York 10169
Tel: (212) 818-92000
(Counsel for Evolution CDC SPY Ltd., Evolution Master Fund Ltd., Segregated Portfolio M, and El Fund Ltd.)

C. Edward Dobbs, Esq.
James S. Rankin, Jr., Esq.
Parker, Hudson, Rainer & Dobbs
285 Peachtree Center Avenue, NE, Suite 1500
Atlanta, Georgia 30303
Tel: (404) 523-5300
(Counsel for Evolution CDC SPY Ltd., Evolution Master Fund Ltd., Segregated Portfolio M, and El Fund Ltd.)

Thomas J. Fleming, Esq., Pro Se
Olshan Grundman Frome Rosenweig & Wolosky LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022
Tel: (212) 451-2300

John F. Isbell, Esq.
Garrett A. Nail, Esq.
Thompson Hine LLP
3560 Lenox Road, Suite 1600
Atlanta, Georgia
Tel: (404) 541-2900
(Counsel for CDC Software Corporation)

Jacob A. Maurer, Esq.
Robert D. Wildstein, Esq.
Bodker Ramsey Andrews Winograd Wildstein, P.C.
3490 Piedmont Road, NE, Suite 1400
Atlanta, Georgia 30305
(Counsel for Attorneys for Mark Elconin and Al Smith)

Bern Steves, Esq., Pro Se
California Business Law Office
19925 Stevens Creek Blvd.
Cupertino CA 95014
Tel: (408) 253 6911

J. Robert Williamson, Esq.
John T. Sanders, IV, Esq.
Scroggins & Williamson, P.C.
1500 Candler Building
127 Peachtree Street, N.E.
Atlanta, Georgia 30303
Tel: (404) 893-3880
(Counsel for Peter Yip)

Jeffrey W. Kelley, Esq.
Stephen S. Roach, Esq.
Bank of America Plaza
600 Peachtree Street, Suite 5200
Atlanta, Georgia 30308-2216
Tel: (404) 885-3000
(Counsel for Official Committee of Equity Security Holders)

Gus H. Small, Esq.
Cohen Pollock Merlin & Small, P.C.
3350 Riverwood Parkway, Suite 1600
Atlanta, Georgia 30339
Tel: (770) 858-1288
(Counsel for Robeco Investment Management, Inc.)

Alan E. Gamza, Esq.
Moses & Singer LLP
405 Lexington Avenue
New York, New York 10174
Tel: (212) 554-7878
(Counsel for Robeco Investment Management, Inc.)

Brent W. Herrin, Esq.
3350 Riverwood Parkway. Suite 1600
Atlanta. Georgia 30339
Tel: (770) 857·1664
(Counsel for Robeco Investment Management, Inc.)

Michael H. Goldstein, Esq.
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
Tel: (310) 586-7700
(Counsel for Moelis & Company LLC)

Lee B. Hart, Esq.
Greenberg Traurig, LLP
The Forum, Suite 400
3290 Northside Parkway
Atlanta, Georgia 30327
Tel: (678) 553-2395
(Counsel for Moelis & Company LLC)

Dated: January 18, 2012

                                                DONALD F. WALTON
                                                United States Trustee, Region 21

                                                GUY G. GEBHARDT
                                                Assistant United States Trustee

                                                  /s/ ***James H. Morawetz***
                                                JAMES H. MORAWETZ
                                                Georgia Bar No. 521900
                                                Trial Attorney

Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303
Tel: (404) 331-4437
Fax: (404) 331-4464
Email: jim.h.morawetz@usdoj.gov

3

**CERTIFICATE OF SERVICE**

      I certify that I am over the age of 18 and that on this date I electronically filed the foregoing Notice of Appeal with the Clerk of Court using the CM/ECF system, which will cause electronic notification of such filing to be sent to, *inter alia*, the following:

James C. Cifelli, Esq.
jcifelli@lcsenlaw.com
Gregory D. Ellis, Esq.
emiller@lcsenlaw.com
William D. Matthews, Esq.
bmatthews@lcsenlaw.com
Lamberth, Cifelli, Stokes & Stout, PA
East Tower, Suite 550
3343 Peachtree Road, NE
Atlanta, GA 30326

Timothy T. Brock, Esq.
tbrock@ssbb.com
Aaron M. Zeisler, Esq.
azeisler@ssbb.com
Satterlee Stephens Burke & Burke
230 Park Avenue, 11th Floor
New York, NY 10169

James S. Rankin, Esq.
jrankin@phrd.com
Parker, Hudson, Rainer & Dobbs, LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, NE
Atlanta, GA 30303

Gus H. Small. Esq.
Cohen Pollock Merlin & Small, P.C.
3350 Riverwood Parkway, Suite 1600
Atlanta, Georgia 30339
gsmall@cpmas.com

John F. Isbell. Esq.
john.isbell@thompsonhine.com
Garrett A. Nail, Esq.
garrett.nail@thompsonhine.com
Thompson Hine LLP
3560 Lenox Road
Two Alliance Center, Suite 1600
Atlanta, Georgia 30326

Jacob A. Maurer, Esq.
jmaurer@brawwlaw.com
Robert D. Wildstein, Esq.
rwildstein@brawwlaw.com
Bodker Ramsey Andrews Winograd Wildstein, P.C.
One Securities Centre
3490 Piedmont Road, N.E.
Suite 1400
Atlanta, Georgia 30305-4808

J. Robert Williamson, Esq.
rwilliamson@swlawfirm.com
Scroggins & Williamson, P.C.
1500 Candler Building
127 Peachtree Street, NE
Atlanta, GA 30303

JeffreyW. Kelley, Esq.
jeffrey.kelley@troutmansanders.com
Troutman Sanders LLP
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

      I further certify that on this date I caused true and correct copies of the foregoing Notice of Appeal to be deposited in the U.S. Mail, with correct first-class postage affixed, addressed as follows:

Thomas J. Fleming, Esq.
Olshan Grundman Frome Rosenweig & Wolosky LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022

Bern Steves, Esq.
California Business Law Office
19925 Stevens Creek Blvd.
Cupertino CA 95014

Alan E. Gamza, Esq.
Moses & Singer LLP
405 Lexington Avenue
New York, New York 10174

Brent W. Herrin, Esq.
3350 Riverwood Parkway. Suite 1600
Atlanta. Georgia 30339

      This the __18th__ day of January, 2012.

                                                               /s/ *James H. Morawetz*
                                                               JAMES H. MORAWETZ
                                                               Trial Attorney