

**IT IS ORDERED as set forth below:**

**Date: March 29, 2012**

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| CDC CORPORATION, | : | CASE NO. 11-79079 |
| | : | |
| Debtor. | : | JUDGE BONAPFEL |

---

**ORDER APPROVING STIPULATION REGARDING DISCOVERY AND PROPOSED PROTECTIVE ORDER THEREON**

The Stipulation Regarding Discovery filed in this matter on March 29, 2012 (the "Stipulation"), by, between, and among the Parties as defined in the Stipulation, having been read and considered, and it appearing that good cause exists to approve the Stipulation and make it an Order of this Court, it is

ORDERED. ADJUDGED AND DECREED that pursuant to Federal Rules of Bankruptcy Procedure 7026, 9014, 9016 and 9018, and Federal Rules of Civil Procedure 26(c) and 45(c)(3)(B), the Stipulation be, and hereby is, approved and made the ORDER of this Court; and it is

376673

FURTHER ORDERED, that the Parties who have signed the Stipulation be, and hereby are, directed to comply with and adhere to the terms and provisions of the Stipulation Regarding Discovery and the processes and procedures set forth therein; and it is

FURTHER ORDERED, that consistent with Paragraph 15 of the Stipulation, the Parties thereto and any individual receiving notice of the Stipulation are hereby enjoined from any disclosure or use of Confidential Information not permitted thereunder.

**END DOCUMENT**

Prepared and presented by:

LAMBERTH, CIFELLI, STOKES,
   ELLIS & NASON, P.A.
Attorneys for CDC Corporation


By: /s/ James C. Cifelli
      James C. Cifelli
      Georgia Bar No. 125750
      JCifelli@lcsenlaw.com
3343 Peachtree Road, N.E.
East Tower, Suite 550
Atlanta, Georgia 30325-1022
(404) 262-7373
(404) 262-9911 (facsimile)

376673