**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER: 11-79079 |
| | } | |
| **CDC CORPORATION,** | } | |
| | } | JUDGE |
| | } | |
| DEBTOR. | } | CHAPTER 11 |

**DEBTOR'S POST-CONFIRMATION**
**QUARTERLY OPERATING REPORT**
**FOR THE PERIOD**
**FROM**    1-Jul-14    **TO**    30-Sep-14

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 12/18/2014            /s/ Gregory D. Ellis
                                                                                      Attorney for Debtor

| | |
|---|---|
| Debtor's Address | Attorney's Address |
| and Phone Number: | and Phone Number: |
| 1155 Perimeter Center West | Lamberth, Cifelli, Stokes, Ellis & Nason, P.A |
| Ste. 700 | 3343 Peachtree Road, N.E., Ste. 550 |
| Atlanta, GA 30338 | Atlanta, GA 30326 |
| | Bar No. 245310 |
| Tel. 404-242-3143 | Tel. 404-262-7373 |

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

ATTACHMENT NO. 1

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. | Is the Debtor current on all post-confirmation plan payments? | X | |
| | | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. | Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY | and | CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**






**Estimated Date of Filing the Application for Final Decree:** _____

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This _12th_____ day of ___December_____ 2014___.          /s/ Marcus A. Watson, Liquidation Trustee
                                                            Debtor's Signature

**MONTHLY OPERATING REPORT - POST CONFIRMATION**

**ATTACHMENT NO. 2**

| | 1/1/13 through 3/31/13 | 4/1/13 through 6/30/13 | 7/1/13 through 9/30/13 | 10/1/13 through 12/31/13 | 1/1/14 through 3/31/14 | 4/1/14 through 6/30/14 | 7/1/14 through 9/30/14 |
|---|---|---|---|---|---|---|---|
| **Beginning Balance** | $ 35,035,769.73 | $ 74,055,280.09 | $ 74,823,268.51 | $ 22,397,355.61 | $ 22,015,883.64 | $ 37,571,877.12 | $20,407,241.17 |
| All Trust Receipts | | | | | | | |
| Asset Sale Proceeds | $ 41,998,478.19 | $ - | $ - | $ - | $ 16,452,524.17 | $ - | $ - |
| Dividends | $ - | $ 2,000,000.00 | $ - | $ 500,000.00 | $ - | $ - | $ 350,000.00 |
| Deposit Refunds | $ 37,937.21 | $ - | $ - | $ - | $ - | $ - | $ - |
| Return of Restricted Nominee Account Balances | $ 156,769.80 | $ - | $ - | $ - | $ - | $ - | $ - |
| Transition Services Agreement | $ 127,030.73 | $ - | $ - | $ - | $ - | $ - | $ - |
| Other | $ 288.33 | $ 5,890.80 | $ 585.00 | $ - | $ 3,702.76 | $ 6,999,955.00 | $ - |
| Total Cash Received | $ 42,320,504.26 | $ 2,005,890.80 | $ 585.00 | $ 500,000.00 | $ 16,456,226.93 | $ 6,999,955.00 | $ 350,000.00 |
| **Total Cash Available** | $ 77,356,273.99 | $ 78,067,061.69 | $ 74,823,853.51 | $ 22,897,355.61 | $ 38,472,110.57 | $ 44,571,832.12 | $20,757,241.17 |
| **Distribution Activity** | | | | | | | |
| Class 2 - General Unsecured Claims | $ 26,019.22 | $ 229,198.20 | $ - | $ - | $ - | $ - | $ - |
| Class 3A - Equity Interests | $ - | $ - | $ 49,966,154.73 | $ - | $ - | $ 22,998,521.40 | $ - |
| Total Distribution Activity | $ 26,019.22 | $ 229,198.20 | $ 49,966,154.73 | $ - | $ - | $ 22,998,521.40 | $ - |
| **Disbursements Related to CDC Corporation** | | | | | | | |
| Reimbursement of Defense Costs | $ 102,894.10 | $ - | $ - | $ - | $ - | $ - | $ - |
| US Trustee Fees | $ 30,000.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| Transfer Agent Fees | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Payroll/Bonuses/Payroll Taxes/401K Termination | $ 381,632.90 | $ - | $ - | $ - | $ - | $ - | $ - |
| Expense Reimbursement | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Operating Expenses | $ 16,670.80 | $ - | $ 24,578.71 | $ - | $ - | $ - | $ - |
| Transition Services Agreement Fees | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Taxes and Fees | $ - | $ - | $ 676.00 | $ 4,496.00 | $ 11,436.51 | $ - | $ - |
| Chapter 11 Professional Fees and Expenses | $ 463,578.88 | $ - | $ 1,292,061.62 | $ 64,395.80 | $ - | $ 689,995.64 | $ - |
| Total Disbursements Related to CDC Corporation | $ 994,776.68 | $ - | $ 1,317,316.33 | $ 68,891.80 | $ - | $ 689,995.64 | $ - |
| **Disbursements Related to Trust** | | | | | | | |
| Payroll and Payroll Related | $ 162,995.57 | $ 126,986.65 | $ 95,904.24 | $ 66,235.07 | $ 67,700.44 | $ 79,662.74 | $ 63,577.43 |
| Expense Reimbursement | $ 23,945.02 | $ 9,378.23 | $ 17,359.09 | $ 3,605.32 | $ 9,611.63 | $ 7,281.03 | $ 7,871.00 |
| Transition Services Agreement Fees | $ 167,030.73 | $ 177,740.14 | $ 100,000.00 | $ 50,000.00 | $ - | $ 20,000.00 | $ - |
| Reimbursement of Defense Costs | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Transfer Agent Fees | $ 34,274.15 | $ 13,521.65 | $ 1,603.50 | $ - | $ - | $ - | $ - |
| Transfer Agent Fees - From Corporation Funds in Trust | $ - | $ 2,805.39 | $ 11,022.61 | $ 11,092.87 | $ - | $ - | $ - |
| US Trustee Fees | $ - | $ 10,400.00 | $ 6,500.00 | $ 30,000.00 | $ 4,875.00 | $ 4,875.00 | $ 20,000.00 |
| Taxes and Fees | $ - | $ - | $ - | $ - | $ 135.00 | $ - | $ - |
| Other Trust Operating Expenses | $ 122,922.16 | $ 107,744.60 | $ 86,788.66 | $ 21,874.27 | $ 95,953.85 | $ 21,046.61 | $ 28,644.58 |
| Subtotal Trust Administrative Expenses | $ 511,167.63 | $ 448,576.66 | $ 319,178.10 | $ 182,807.53 | $ 178,275.92 | $ 132,865.38 | $ 120,093.01 |
| Trust Professional Fees | $ 1,769,000.37 | $ 560,127.52 | $ 823,848.74 | $ 629,772.64 | $ 710,521.02 | $ 343,208.53 | $ 300,781.32 |
| Wire Fees | $ 30.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| Total Disbursements | $ 3,300,993.90 | $ 1,237,902.38 | $ 52,426,497.90 | $ 881,471.97 | $ 900,233.45 | $ 24,164,590.95 | $ 420,874.33 |
| **Ending Balance** | $ 74,055,280.09 | $ 76,829,159.31 | $ 22,397,355.61 | $ 22,015,883.64 | $ 37,571,877.12 | $ 20,407,241.17 | $20,336,366.84 |

# CHAPTER 11 POST-CONFIRMATION
# BANK ACCOUNT RECONCILIATIONS
Jul-14

| Bank Account Information | Account #1 | Account #2 | Account #2A | Account #3 | Account #4 |
|---|---|---|---|---|---|
| **Name of Bank:** | JPMorgan | JPMorgan | SunTrust | LCSEN | Morgan Stanley |
| **Account Number:** | *9469 | *0004 | *6309 | N/A | |
| **Purpose of Account (Operating/Payroll/Tax)** | DIP | Payroll | Payroll | Trust/DIP | |
| **Type of Account (e.g. checking)** | Checking | Checking | Checking | Checking | Checking |
| 1. **Balance per Bank Statement** | $ - | $ - | $ 141,715.47 | $ 20,055,383.17 | $ 181.97 |
| 2. **ADD**: Deposits not credited | $ - | $ - | $ - | $ - | $ - |
| 3. **SUBTRACT**: Outstanding Checks | $ - | $ - | $ - | $ - | $ - |
| 4. Other Reconciling Items | $ - | $ - | $ - | $ - | $ - |
| 5. **Month End Balance** (Must Agree with Books) | $ - | $ - | $ 141,715.47 | $ 20,055,383.17 | $ 181.97 |

**Note:** Attach copy of each bank statement and bank reconciliation.    Trust Summary:    Trust Summary:    $   51,588.65   Trust Balance

$ 19,873,314.17   SunTrust Balance

$      130,480.35   .006 Disbursement Account Balance

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | | Purchase Price | Current Value |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Note:** Attach copy of each investment account statement.

```
SUNTRUST BANK                                                  Page 1 of 1
PO BOX 305183                                                  36/E00/0175/0 /11
NASHVILLE TN 37230-5183                                        ▇▇▇▇▇▇6309
                                                               07/31/2014
```



# Account Statement

```
CDC CORPORATION 401K PLAN                          Questions? Please call
ADMINISTRATION CORPORATION                         1-800-786-8787
OPERATING ACCOUNT
3384 PEACHTREE ROAD NE, SUITE 299
ATLANTA GA 30326


EFFECTIVE SEPTEMBER 1, 2014, THE DEPOSITED ITEM RETURNED FEE WILL INCREASE
TO $12.50 PER ITEM AND WILL BE CHARGED TO YOUR ACCOUNT AS THEY OCCUR.
```

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | PRIMARY BUSINESS CHECKING | ▇▇▇▇6309 | 07/01/2014 - 07/31/2014 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $167,397.48 | Average Balance | $162,322.99 |
| Deposits/Credits | $.00 | Average Collected Balance | $162,322.99 |
| Checks | $4,353.31 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $21,328.70 | | |
| Ending Balance | $141,715.47 | | |

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 1081 | 1,714.18 | 07/01 | 1082 | 2,639.13 | 07/02 | | | |

Checks: 2

| Withdrawals/Debits | Date Paid | Amount | Serial # | Description | | | |
|---|---|---|---|---|---|---|---|
| | 07/07 | 54.40 | | ELECTRONIC/ACH DEBIT ADP PAYROLL FEES | ADP - FEES | 2R54H | 5689344 |
| | 07/14 | 138.89 | | ELECTRONIC/ACH DEBIT COMCAST | COMCAST | 8907612709 | SPA |
| | 07/31 | 5,837.76 | | ELECTRONIC/ACH DEBIT ADP TX/FINCL SVC | 5400000000 | RD54H | 080108A01 |
| | 07/31 | 15,297.65 | | ELECTRONIC/ACH DEBIT ADP TX/FINCL SVC | 7270500000 | 72705134857654H | |

Withdrawals/Debits: 4

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 07/01 | 165,683.30 | 165,683.30 | 07/14 | 162,850.88 | 162,850.88 |
| | 07/02 | 163,044.17 | 163,044.17 | 07/31 | 141,715.47 | 141,715.47 |
| | 07/07 | 162,989.77 | 162,989.77 | | | |

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 2
66/E00/0175/0 /11
█████5338
07/31/2014
0000

# SunTrust

# Account Statement

LAMBERTH CIFELLI STOKES ELLIS & NASON PA
TRUSTEE FOR CDC LIQUIDATION TRUST
CASE # 11-79079
3343 PEACHTREE RD NE STE 550
ATLANTA GA 30326-1428

Questions? Please call
1-800-786-8787

EFFECTIVE SEPTEMBER 1, 2014, THE DEPOSITED ITEM RETURNED FEE WILL INCREASE
TO $12.50 PER ITEM AND WILL BE CHARGED TO YOUR ACCOUNT AS THEY OCCUR.

**Account Summary**

| Account Type | Account Number | Statement Period |
|---|---|---|
| SELECT BUSINESS CHECKING | █████5338 | 07/01/2014 - 07/31/2014 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $19,873,314.17 | Average Balance | $19,873,314.17 |
| Deposits/Credits | $.00 | Average Collected Balance | $19,873,314.17 |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $.00 | | |
| Ending Balance | $19,873,314.17 | | |

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 07/31 | 19,873,314.17 | 19,873,314.17 | | | |

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 3**

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Jul-14

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Standard Charter | Haitong | Citibank | JP Morgan Chase |
| Account Number: | | | | |
| Purpose of Account (Operating/Payroll/Tax) | | | | |
| Type of Account (e.g. checking) | | | | |
| 1. **Balance per Bank Statement** | $ 454.01 | $ 80.25 | $ 2.35 | $ 6,730.00 |
| 2. **ADD**: Deposits not credited | $ - | $ - | $ - | $ - |
| 3. **SUBTRACT**: Outstanding Checks | $ - | $ - | $ - | $ - |
| 4. Other Reconciling Items (November Checks Cashed) | $ - | $ - | $ - | $ - |
| 5. **Month End Balance** (Must Agree with Books) | $ 454.01 | $ 80.25 | $ 2.35 | $ 6,730.00 |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

# CHAPTER 11 POST-CONFIRMATION
# BANK ACCOUNT RECONCILIATIONS
Aug-14

| Bank Account Information | Account #1 | Account #2 | Account #2A | Account #3 | Account #4 |
|---|---|---|---|---|---|
| **Name of Bank:** | JPMorgan | JPMorgan | SunTrust | LCSEN | Morgan Stanley |
| **Account Number:** | *9469 | *0004 | *6309 | N/A | |
| **Purpose of Account (Operating/Payroll/Tax)** | DIP | Payroll | Payroll | Trust | |
| **Type of Account (e.g. checking)** | Checking | Checking | Checking | Checking | Checking |
| 1. **Balance per Bank Statement** | $ - | $ - | $ 113,877.45 | $ 20,370,788.70 | $ 181.97 |
| 2. **ADD**: Deposits not credited | $ - | $ - | $ - | $ - | $ - |
| 3. **SUBTRACT**: Outstanding Checks | $ - | $ - | | $ - | $ - |
| 4. Other Reconciling Items | $ - | $ - | $ - | $ - | $ - |
| 5. **Month End Balance** (Must Agree with Books) | $ - | $ - | $ 113,877.45 | $ 20,370,788.70 | $ 181.97 |

**Note:** Attach copy of each bank statement and bank reconciliation.    Trust Summary:    Trust Summary:    $ 51,588.65    Trust Balance

$ 19,873,314.17    SunTrust Balance

$ 445,885.88    .006 Disbursement Account Balance

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | | Purchase Price | Current Value |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Note:** Attach copy of each investment account statement.

```
SUNTRUST BANK                                                    Page 1 of 1
PO BOX 305183                                                    36/E00/0175/0 /11
NASHVILLE TN 37230-5183                                          ██████████6309
                                                                 08/31/2014
```



# Account Statement

```
CDC CORPORATION 401K PLAN                        Questions? Please call
ADMINISTRATION CORPORATION                       1-800-786-8787
OPERATING ACCOUNT
3384 PEACHTREE ROAD NE, SUITE 299
ATLANTA GA 30326
```

HOW CAN WE HELP YOU MAKE THE RIGHT FINANCIAL CHOICES FOR TODAY AND TOMORROW?
WITH OUR VARIETY OF SOLUTIONS AND FINANCIAL GUIDANCE.
WE VALUE YOU AS A CLIENT AND WANT TO HELP YOU BANK THE WAY THAT FITS YOUR LIFE.
LEARN MORE AT SUNTRUST.COM.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| PRIMARY BUSINESS CHECKING | ██████████6309 | 08/01/2014 - 08/31/2014 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $141,715.47 | Average Balance | $135,658.82 |
| Deposits/Credits | $.00 | Average Collected Balance | $135,658.82 |
| Checks | $5,800.34 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $22,037.68 | | |
| Ending Balance | $113,877.45 | | |

## Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1083 | 1,675.34 | 08/05 | 1084 | 4,125.00 | 08/22 | | | |

Checks: 2

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 08/08 | 58.40 | | ELECTRONIC/ACH DEBIT ADP PAYROLL FEES  ADP - FEES  2R54H  7200759 |
| 08/13 | 138.87 | | ELECTRONIC/ACH DEBIT COMCAST  COMCAST  8907612709 SPA |
| 08/14 | 235.00 | | ELECTRONIC/ACH DEBIT THE COMPANY CORP  LEGAL SVCS  7586757 |
| 08/14 | 235.00 | | ELECTRONIC/ACH DEBIT THE COMPANY CORP  LEGAL SVCS  7586761 |
| 08/14 | 235.00 | | ELECTRONIC/ACH DEBIT THE COMPANY CORP  LEGAL SVCS  7586764 |
| 08/28 | 5,837.75 | | ELECTRONIC/ACH DEBIT ADP TX/FINCL SVC  5400000000  RD54H 082909A01 |
| 08/28 | 15,297.66 | | ELECTRONIC/ACH DEBIT ADP TX/FINCL SVC  4325200000  43252124354854H |

Withdrawals/Debits: 7

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 08/01 | 141,715.47 | 141,715.47 | 08/14 | 139,137.86 | 139,137.86 |
| 08/05 | 140,040.13 | 140,040.13 | 08/22 | 135,012.86 | 135,012.86 |
| 08/08 | 139,981.73 | 139,981.73 | 08/28 | 113,877.45 | 113,877.45 |
| 08/13 | 139,842.86 | 139,842.86 | | | |

Document      Page 10 of 18




```
SUN RUST BANK                                          Page 1 of 2
PO BOX 305183                                          66/E00/0175/0 /11
NASHVILLE TN 37230-5183                                █████5338
                                                       08/31/2014
                                                       0000
```

# SunTrust

# Account Statement

LAMBERTH CIFELLI STOKES ELLIS & NASON PA
TRUSTEE FOR CDC LIQUIDATION TRUST
CASE # 11-79079
3343 PEACHTREE RD NE STE 550
ATLANTA GA 30326-1428

Questions? Please call
1-800-786-8787

HOW CAN WE HELP YOU MAKE THE RIGHT FINANCIAL CHOICES FOR TODAY AND TOMORROW?
WITH OUR VARIETY OF SOLUTIONS AND FINANCAL GUIDANCE.
WE VALUE YOU AS A CLIENT AND WANT TO HELP YOU BANK THE WAY THAT FITS YOUR LIFE.
LEARN MORE AT SUNTRUST.COM.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SELECT BUSINESS CHECKING | ████5338 | 08/01/2014 - 08/31/2014 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $19,873,314.17 | Average Balance | $19,873,314.17 |
| Deposits/Credits | $.00 | Average Collected Balance | $19,873,314.17 |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $.00 | | |
| Ending Balance | $19,873,314.17 | | |

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 08/31 | 19,873,314.17 | 19,873,314.17 | | | |
66325                          Member FDIC                    Continued on next page

# CHAPTER 11 POST-CONFIRMATION
# BANK ACCOUNT RECONCILIATIONS

Aug-14

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| **Name of Bank:** | Standard Charter | Haitong | Citibank | JP Morgan Chase |
| **Account Number:** | | | | |
| **Purpose of Account (Operating/Payroll/Tax)** | | | | |
| **Type of Account (e.g. checking)** | | | | |
| | | | | |
| 1. **Balance per Bank Statement** | $ 454.01 | $ 78.96 | $ 2.35 | $ 6,730.00 |
| 2. **ADD**: Deposits not credited | $ - | $ - | $ - | $ - |
| 3. **SUBTRACT**: Outstanding Checks | $ - | $ - | $ - | $ - |
| 4. Other Reconciling Items | $ - | $ - | $ - | $ - |
| 5. **Month End Balance** (Must Agree with Books) | $ 454.01 | $ 78.96 | $ 2.35 | $ 6,730.00 |

**Note:  Attach copy of each bank statement and bank reconciliation.**

| Investment Account Information  Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note:  Attach copy of each investment account statement.**

# CHAPTER 11 POST-CONFIRMATION
# BANK ACCOUNT RECONCILIATIONS
Sep-14

| Bank Account Information | Account #1 | Account #2 | Account #2A | Account #3 | Account #4 |
|---|---|---|---|---|---|
| **Name of Bank:** | JPMorgan | JPMorgan | SunTrust | LCSEN | Morgan Stanley |
| **Account Number:** | *9469 | *0004 | *6309 | N/A | |
| **Purpose of Account (Operating/Payroll/Tax)** | DIP | Payroll | Payroll | Trust | |
| **Type of Account (e.g. checking)** | Checking | Checking | Checking | Checking | Checking |
| 1. **Balance per Bank Statement** | $ - | $ - | $ 89,851.95 | $ 20,239,077.47 | $ 181.97 |
| 2. **ADD**: Deposits not credited | $ - | $ - | $ - | $ - | |
| 3. **SUBTRACT**: Outstanding Checks | $ - | $ - | $ - | $ - | |
| 4. Other Reconciling Items (Apr. Checks Cashed) | $ - | $ - | $ - | $ - | |
| 5. **Month End Balance** (Must Agree with Books) | $ - | $ - | $ 89,851.95 | $ 20,239,077.47 | $ 181.97 |

Note:  Attach copy of each bank statement and bank reconciliation.

Trust Summary:    $    51,588.65    Trust Balance
$    19,873,314.17    SunTrust Balance
$    314,174.65    .006 Disbursement Account Balance

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | | Purchase Price | Current Value |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Note:  Attach copy of each investment account statement.

```
SUNTRUST BANK                                              Page 1 of 1
PO BOX 305183                                              36/E00/0175/0 /11
NASHVILLE TN 37230-5183                                    ██████6309
                                                           09/30/2014
```



# Account Statement

```
CDC CORPORATION 401K PLAN                    Questions? Please call
ADMINISTRATION CORPORATION                   1-800-786-8787
OPERATING ACCOUNT
3384 PEACHTREE ROAD NE, SUITE 299
ATLANTA GA 30326
```

HOW CAN WE HELP YOU MAKE THE RIGHT FINANCIAL CHOICES FOR TODAY AND TOMORROW?
WITH OUR VARIETY OF SOLUTIONS AND FINANCIAL GUIDANCE.
WE VALUE YOU AS A CLIENT AND WANT TO HELP YOU BANK THE WAY THAT FITS YOUR LIFE.
LEARN MORE AT SUNTRUST.COM.

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | PRIMARY BUSINESS CHECKING | ██████6309 | 09/01/2014 - 09/30/2014 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $113,877.45 | Average Balance | $110,723.55 |
| Deposits/Credits | $.00 | Average Collected Balance | $110,723.55 |
| Checks | $2,641.86 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $21,383.64 | | |
| Ending Balance | $89,851.95 | | |

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 1085 | 1,842.35 | 09/03 | 1086 | 335.00 | 09/17 | 1087 | 464.51 | 09/05 |

Checks: 3

| Withdrawals/Debits | Date Paid | Amount | Serial # | Description | | | |
|---|---|---|---|---|---|---|---|
| | 09/03 | 47.72 | | ELECTRONIC/ACH DEBIT TR MARKETS LLC | TRMKTS-ECK | 5507001 | |
| | 09/05 | 58.40 | | ELECTRONIC/ACH DEBIT ADP PAYROLL FEES | ADP - FEES | 2R54H | 8402092 |
| | 09/15 | 142.11 | | ELECTRONIC/ACH DEBIT COMCAST | COMCAST | 8907612709 | SPA |
| | 09/30 | 5,912.75 | | ELECTRONIC/ACH DEBIT ADP TX/FINCL SVC | 5400000000 | RD54H | 100110A01 |
| | 09/30 | 15,222.66 | | ELECTRONIC/ACH DEBIT ADP TX/FINCL SVC | 6320300000 | 63203263564554H | |

Withdrawals/Debits: 5

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 09/01 | 113,877.45 | 113,877.45 | 09/15 | 111,322.36 | 111,322.36 |
| | 09/03 | 111,987.38 | 111,987.38 | 09/17 | 110,987.36 | 110,987.36 |
| | 09/05 | 111,464.47 | 111,464.47 | 09/30 | 89,851.95 | 89,851.95 |

```
SUNTRUST BANK                                               Page 1 of 2
PO BOX 305183                                               66/E00/0175/0 /11
NASHVILLE TN 37230-5183                                            5338
                                                            09/30/2014
                                                            0000
```

# SunTrust

## Account Statement

LAMBERTH CIFELLI STOKES ELLIS & NASON PA        Questions? Please call
TRUSTEE FOR CDC LIQUIDATION TRUST               1-800-786-8787
CASE # 11-79079
3343 PEACHTREE RD NE STE 550
ATLANTA GA 30326-1428

HOW CAN WE HELP YOU MAKE THE RIGHT FINANCIAL CHOICES FOR TODAY AND TOMORROW?
WITH OUR VARIETY OF SOLUTIONS AND FINANCIAL GUIDANCE.
WE VALUE YOU AS A CLIENT AND WANT TO HELP YOU BANK THE WAY THAT FITS YOUR LIFE.
LEARN MORE AT SUNTRUST.COM.

---

**Account Summary**

| Account Type | Account Number | Statement Period |
|---|---|---|
| SELECT BUSINESS CHECKING | 5338 | 09/01/2014 - 09/30/2014 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $19,873,314.17 | Average Balance | $19,873,314.17 |
| Deposits/Credits | $.00 | Average Collected Balance | $19,873,314.17 |
| Checks | $.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $.00 | | |
| Ending Balance | $19,873,314.17 | | |

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 09/30 | 19,873,314.17 | 19,873,314.17 | | | |

# CHAPTER 11 POST-CONFIRMATION
# BANK ACCOUNT RECONCILIATIONS

Sep-14

| **Bank Account Information** | **Account #1** | **Account #2** | **Account #3** | **Account #4** |
|---|---|---|---|---|
| **Name of Bank:** | Standard Charter | Haitong | Citibank | JP Morgan Chase |
| **Account Number:** | | | | |
| **Purpose of Account (Operating/Payroll/Tax)** | | | | |
| **Type of Account (e.g. checking)** | | | | |
| | | | | |
| 1. **Balance per Bank Statement** | $ 454.01 | $ 69.08 | $ 2.36 | $ 6,730.00 |
| 2. **ADD**: Deposits not credited | $ - | | | |
| 3. **SUBTRACT**: Outstanding Checks | $ - | $ - | | |
| 4. Other Reconciling Items | $ - | $ - | | |
| 5. **Month End Balance** (Must Agree with Books) | $ 454.01 | $ 69.08 | $ 2.36 | $ 6,730.00 |

**Note:  Attach copy of each bank statement and bank reconciliation.**

| **Investment Account Information** **Bank / Account Name / Number** | **Date of Purchase** | **Type of Instrument** | **Purchase Price** | **Current Value** |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note:  Attach copy of each investment account statement.**

CHAPTER 11 POST-CONFIRMATION
CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Check Number | Date of Transaction | Date Cleared | Payee | Purpose or Description | Amount | Litigation Expense Reserve | Effective Date Cash Reserve | Liquidation Trust Reserve | Intercompany Transfer |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Name of Bank: SunTrust** | | | | | |
| | | | | **Account Number: *6309** | | | | | |
| | | | | **Purpose of Account: Payroll** | | | | | |
| | | | | **Type of Account: Checking** | | | | | |
| 1081 | 7/1/2014 | 7/1/2014 | Joseph Stutz | Expense Reimbursement | $ 1,714.18 | | | $ 1,714.18 | |
| 1082 | 7/1/2014 | 7/2/2014 | Joseph Stutz | Expense Reimbursement | $ 2,639.13 | | | $ 2,639.13 | |
| ACH | 7/7/2014 | 7/7/2014 | ADP | Payroll Fees | $ 54.40 | | | $ 54.40 | |
| ACH | 7/14/2014 | 7/14/2014 | Comcast | Utilities | $ 138.89 | | | $ 138.89 | |
| ACH | 7/31/2014 | 7/31/2014 | ADP | Payroll Taxes | $ 5,837.76 | | | $ 5,837.76 | |
| ACH | 7/31/2014 | 7/31/2014 | ADP | Payroll | $ 15,297.65 | | | $ 15,297.65 | |
| 1083 | 8/5/2014 | 8/5/2014 | Joseph Stutz | Expense Reimbursement | $ 1,675.34 | | | $ 1,675.34 | |
| 1084 | 8/21/2014 | 8/22/2014 | Daniel Eidson, CPA | Accounting Services Rendered in Connection with IRS Audit | $ 4,125.00 | | | $ 4,125.00 | |
| ACH | 8/8/2014 | 8/8/2014 | ADP | Payroll Fees | $ 58.40 | | | $ 58.40 | |
| ACH | 8/13/2014 | 8/13/2014 | Comcast | Utilities | $ 138.87 | | | $ 138.87 | |
| ACH | 8/14/2014 | 8/14/2014 | The Company Corporation | Registered Agent Fees | $ 235.00 | | | $ 235.00 | |
| ACH | 8/14/2014 | 8/14/2014 | The Company Corporation | Registered Agent Fees | $ 235.00 | | | $ 235.00 | |
| ACH | 8/14/2014 | 8/14/2014 | The Company Corporation | Registered Agent Fees | $ 235.00 | | | $ 235.00 | |
| ACH | 8/28/2014 | 8/28/2014 | ADP | Payroll Taxes | $ 5,837.75 | | | $ 5,837.75 | |
| ACH | 8/28/2014 | 8/28/2014 | ADP | Payroll | $ 15,297.66 | | | $ 15,297.66 | |
| 1085 | 9/2/2014 | 9/3/2014 | Joseph Stutz | Expense Reimbursement | $ 1,842.35 | | | $ 1,842.35 | |
| 1086 | 9/2/2014 | 9/17/2014 | Mississippi State Bar | 2014 Bar Fees | $ 335.00 | | | $ 335.00 | |
| 1087 | 9/5/2014 | 9/5/2014 | Leslie Turrubiates Escobar | Contract Services related to tax preparation | $ 464.51 | | | $ 464.51 | |
| ACH | 9/3/2014 | 9/3/2014 | TR Markets LLC | FOIA request for the F3 registration statement | $ 47.72 | | | $ 47.72 | |
| ACH | 9/5/2014 | 9/5/2014 | ADP | Payroll Fees | $ 58.40 | | | $ 58.40 | |
| ACH | 9/15/2014 | 9/15/2014 | Comcast | Utilities | $ 142.11 | | | $ 142.11 | |
| ACH | 9/30/2014 | 9/30/2014 | ADP | Payroll Taxes | $ 5,912.75 | | | $ 5,912.75 | |
| ACH | 9/30/2014 | 9/30/2014 | ADP | Payroll | $ 15,222.66 | | | $ 15,222.66 | |
| | | | | | $ 77,545.53 | $ - | $ - | $ 77,545.53 | $ - |
| | | | | Class 2 Claims | $ - | | | | |
| | | | | Debtor Payroll and Fees | $ - | | | | |
| | | | | Trust Payroll and Fees | $ 45,989.17 | | | | |
| | | | | Trust Operating Expenses | $ 6,097.10 | | | | |
| | | | | Trust Payroll Taxes | $ 17,588.26 | | | | |
| | | | | Debtor Payroll Taxes | $ - | | | | |
| | | | | Debtor Operating Expenses | $ - | | | | |
| | | | | Debtor Taxes and Fees | $ - | | | | |
| | | | | Trust Taxes and Fees | $ - | | | | |
| | | | | Trust Expense Reimbursement | $ 7,871.00 | | | | |
| | | | | Intercompany Transfers | $ - | | | | |
| | | | | | $ 77,545.53 | | | | |

**CHAPTER 11 POST-CONFIRMATION**
**CASH/DEBIT/CHECK DISBURSEMENTS DETAILS**

Name of Bank: LCSEN Disbursement Account
Account Number: N/A
Purpose of Account: Trust
Type of Account (e.g., Checking)

| Check Number | Date of Transaction | Date Cleared | Payee | Purpose or Description | Amount | Effective Date Cash Reserve | Liquidation Trust Reserve | Payment from Corporation Funds in Liquidation Trust | Disputed Claims Reserve | Distributions to Class 3A Shareholders | Litigation Expense Reserve |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 102636 | 7/21/2014 | 7/24/2014 | United States Trustee | US Trustee Quarterly Fees; 2nd Quarter | $ 20,000.00 | | $ 20,000.00 | | | | |
| Wire | 7/21/2014 | 7/21/2014 | Kurtzman Carson Consultants, LLC | Professional Fees and Expenses | $ 606.80 | | $ 606.80 | | | | |
| wire | 7/21/2014 | 7/21/2014 | Troutman Sanders | Professional Fees and Expenses through 5/31/14 | $ 19,237.23 | | $ 5,670.00 | | $ 13,567.23 | | |
| wire | 7/21/2014 | 7/21/2014 | Troutman Sanders | Professional Fees and Expenses through 6/30/14 | $ 30,459.73 | | $ 4,545.00 | | $ 25,914.73 | | |
| wire | 7/21/2014 | 7/21/2014 | Bamboo Asia / John Clough | Professional Fees and Expenses for June 2014 | $ 10,050.00 | | $ 10,050.00 | | | | |
| wire | 7/21/2014 | 7/21/2014 | Computershare | Services and Expenses for June 2014 | $ 694.96 | | $ 694.96 | | | | |
| wire | 7/21/2014 | 7/21/2014 | Orderbase LP | August Rent | $ 1,141.25 | | $ 1,141.25 | | | | |
| 10264 | 7/25/2014 | 7/31/2014 | Lamberth Cifelli Stokes Ellis & Nason, PA | Professional Fees and Expenses | $ 94,833.13 | | $ 94,833.13 | | | | |
| wire | 8/25/2014 | 8/25/2014 | Orderbase LP | September Rent and Expenses | $ 1,862.25 | | $ 1,862.25 | | | | |
| wire | 8/25/2014 | 8/25/2014 | Troutman Sanders | Professional Fees and Expenses through 7/31/14 | $ 21,615.73 | | | | $ 21,615.73 | | |
| wire | 8/25/2014 | 8/25/2014 | Kurtzman Carson Consultants, LLC | Professional Fees and Expenses | $ 386.20 | | $ 386.20 | | | | |
| wire | 8/25/2014 | 8/25/2014 | Bamboo Asia / John Clough | Professional Fees and Expenses for July 2014 | $ 10,050.00 | | $ 10,050.00 | | | | |
| wire | 8/25/2014 | 8/25/2014 | Computershare | Services and Expenses for July 2014 | $ 680.30 | | $ 680.30 | | | | |
| 10266 | 9/5/2014 | 9/5/2014 | Lamberth Cifelli Stokes Ellis & Nason, PA | Professional Fees and Expenses July 2014 | $ 60,324.50 | | $ 60,324.50 | | | | |
| wire | 9/25/2014 | 9/25/2014 | Computershare | ESPP Services June 2014 | $ 2,399.02 | | $ 2,399.02 | | | | |
| wire | 9/25/2014 | 9/25/2014 | Bamboo Asia / John Clough | Professional Fees and Expenses for August 2014 | $ 10,050.00 | | $ 10,050.00 | | | | |
| wire | 9/25/2014 | 9/25/2014 | Computershare | Services and Expenses for August 2014 | $ 677.82 | | $ 677.82 | | | | |
| wire | 9/25/2014 | 9/25/2014 | Computershare | ESPP Services August 2014; Corporate Action Services 9/13 through 8/14 | $ 4,978.87 | | $ 4,978.87 | | | | |
| wire | 9/25/2014 | 9/25/2014 | Orderbase LP | October Rent and Expenses | $ 1,251.25 | | $ 1,251.25 | | | | |
| wire | 9/25/2014 | 9/25/2014 | Broadridge | Expenses for processing 21,830 shareholder positions | $ 8,861.76 | | $ 8,861.76 | | | | |
| 10268 | 9/25/2014 | 9/25/2014 | Lamberth Cifelli Stokes Ellis & Nason, PA | Professional Fees and Expenses August 2014 | $ 19,374.00 | | $ 19,374.00 | | | | |
| wire | 9/25/2014 | 9/25/2014 | Troutman Sanders | Professional Fees and Expenses through 8/31/14 | $ 23,794.00 | | | | $ 23,794.00 | | |
| | | | | | **$343,328.80** | $ - | $ 258,437.11 | $ - | $ 84,891.69 | $ - | $ - |

| | Amount |
|---|---|
| Debtor Professional Fees | $ - |
| Trust Professional Fees | $ 300,781.32 |
| Trust Operating Expenses | $ 22,547.48 |
| Debtor Operating Expenses | $ - |
| Trust Transfer Agent Fees | $ - |
| Transfer Agent Fees - Corporation Funds in Trust | $ - |
| Trust Expense Reimbursement | $ - |
| Class 2 Claims | $ - |
| Class 3 Claims | $ - |
| Trust Payroll/Bonus | $ - |
| Trust Transition Services Agreement Expenses | $ - |
| Trust Quarterly Trustee Fees | $ 20,000.00 |
| | $ 343,328.80 |

## Lamberth, Cifelli, Stokes, Ellis & Nason, P.A.

Journals Trust Listing Report

Search Description:
Account Number '1040-000' and matter id '004223-00001.006' and date q3 2014

| Entry No. | Date | Payee/Description | Check No. | Reference No. | Amount |
|---|---|---|---|---|---|
| *Matter ID: 004223-00001.006* | | | | | |
| 113332 | 7/21/2014 | U.S. Trustee Program Payment Center | 10263 | 4223-01 | -20,000.00 |
| 113340 | 7/21/2014 | Clough-Bamboo Asia | | wire | -10,050.00 |
| 113341 | 7/21/2014 | Troutman Sanders 2 invoice | | wire | -49,696.96 |
| 113342 | 7/21/2014 | Kurtzman Carson | | wire | -606.80 |
| 113343 | 7/21/2014 | Orderbase (rent) | | wire | -1,141.25 |
| 113344 | 7/22/2014 | Computershare | | wire | -694.96 |
| 113368 | 7/25/2014 | Lamberth, Cifelli, Stokes, Ellis & Nason, P.A. | 10264 | 4223-01 | -94,833.13 |
| 113669 | 8/14/2014 | From DAE Advert. Dividend Payment | | wire | 350,000.00 |
| 113698 | 8/25/2014 | Orderbase LP Sept rent | | wire | -1,862.25 |
| 113699 | 8/25/2014 | Troutman Sanders | | wire | -21,615.73 |
| 113700 | 8/25/2014 | Kurtzman Carson | | wire | -386.20 |
| 113701 | 8/25/2014 | Bamboo Asia | | wire | -10,050.00 |
| 113702 | 8/25/2014 | Computershare | | wire | -680.30 |
| 113891 | 9/5/2014 | Lamberth, Cifelli, Stokes, Ellis & Nason, P.A. | 10266 | 4223-01 | -60,324.50 |
| 114056 | 9/24/2014 | Deposit for DIP refund of retainer from Shapiro | | 4223-01 | 8,007.35 |
| 114057 | 9/25/2014 | Computershare | | wire | -2,399.02 |
| 114058 | 9/25/2014 | Computershare | | wire | -677.82 |
| 114059 | 9/25/2014 | Computershare | | wire | -4,978.87 |
| 114060 | 9/25/2014 | Orderbase - rent | | wire | -1,251.25 |
| 114061 | 9/25/2014 | Troutman Sanders | | wire | -23,794.00 |
| 114062 | 9/25/2014 | Broadridge | | wire | -8,861.76 |
| 114063 | 9/25/2014 | | | | 0.00 |
| 114064 | 9/25/2014 | Bamboo Asia | | wire | -10,050.00 |
| 114065 | 9/25/2014 | Lamberth, Cifelli, Stokes, Ellis & Nason, P.A. | 10268 | 4223-01 | -19,374.00 |
| 114146 | 9/30/2014 | NSF | | 423-01 | -8,007.35 |
| | | | | | 6,671.20 |
| | | | | | 6,671.20 |

10/17/2014 10:27 PM                                                                                                     Page: 1